# EXHIBIT G

**Exhibit G**

**U.S. Patent No. 7,747,934**

**I.     Claims 1, 2, 3, 4, and 10**

| Claims | Identification |
|---|---|
| 1[pre]:  A method for selecting a low-density parity-check (LDPC) code used for encoding variable sized data, the method comprising the steps of: | To the extent the preamble is limiting, the Accused Products perform a method for selecting a low-density parity-check (LDPC) code used for encoding variable sized data.<br><br>Accused Products that implement LDPC practice this claim, including camera and printer products.  For example, Canon camera EOS R1 (model no. DS126924) is Wi-Fi Alliance (WFA) certified for LPDC operation.<br><br>**Certification ID: WFA130927**<br><br>**Product Info**<br>Date of Certification    May 14, 2024<br>Company    Canon Inc.<br>Product Name    Digital Camera<br>Product Model Variant    DS126895<br>Model Number    DS126924<br>Category    Tablets, Ereaders & Cameras<br>Sub-category    Camera<br><br>**Wi-Fi CERTIFIED 6® Release 2**<br><br>A-MPDU with A-MSDU<br>BSRP Trigger frame<br>DL MU-MIMO<br>LDPC Tx<br>LDPC Rx<br><br>For example, Canon camera EOS R1 (model no. DS126924) supports LPDC operation for 802.11n/ac/ax. |

| Claims | Identification |
|--------|----------------|
|        | `Frame 45: 365 bytes on wire (2920 bits), 365 bytes captured (2920 bits)`<br>`Radiotap Header v0, Length 56`<br>`802.11 radio information`<br>`IEEE 802.11 Probe Request, Flags: ........C`<br>`IEEE 802.11 Wireless Management`<br>`  Tagged parameters (281 bytes)`<br>`    Tag: SSID parameter set: "HSWNH-5G"`<br>`    Tag: Supported Rates 6, 9, 12, 18, 24, 36, 48, 54, [Mbit/sec]`<br>`    Tag: HT Capabilities (802.11n D1.10)`<br>`      Tag Number: HT Capabilities (802.11n D1.10) (45)`<br>`      Tag length: 26`<br>`      HT Capabilities Info: 0x006f`<br>`        .... .... .... ...1 = HT LDPC coding capability: Transmitter supports receiving LDPC coded packets`<br>`        .... .... .... ..1. = HT Support channel width: Transmitter supports 20MHz and 40MHz operation`<br>`        .... .... .... 11.. = HT SM Power Save: SM Power Save disabled (0x3)`<br>`        .... .... ...0 .... = HT Green Field: Transmitter is not able to receive PPDUs with Green Field (GF) preamble`<br>`        .... .... ..1. .... = HT Short GI for 20MHz: Supported`<br>`        .... .... .1.. .... = HT Short GI for 40MHz: Supported`<br>`        .... .... 0... .... = HT Tx STBC: Not supported`<br>`        .... ..00 .... .... = HT Rx STBC: No Rx STBC support (0x0)`<br>`        .... .0.. .... .... = HT Delayed Block ACK: Transmitter does not support HT-Delayed BlockAck`<br>`        .... 0... .... .... = HT Max A-MSDU length: 3839 bytes`<br>`        ...0 .... .... .... = HT DSSS/CCK mode in 40MHz: Won't/Can't use of DSSS/CCK in 40 MHz`<br>`        ..0. .... .... .... = HT PSMP Support: Won't/Can't support PSMP operation`<br>`        .0.. .... .... .... = HT Forty MHz Intolerant: Use of 40 MHz transmissions unrestricted/allowed`<br>`        0... .... .... .... = HT L-SIG TXOP Protection support: Not supported`<br><br>`Frame 45: 365 bytes on wire (2920 bits), 365 bytes captured (2920 bits)`<br>`Radiotap Header v0, Length 56`<br>`802.11 radio information`<br>`IEEE 802.11 Probe Request, Flags: ........C`<br>`IEEE 802.11 Wireless Management`<br>`  Tagged parameters (281 bytes)`<br>`    Tag: SSID parameter set: "HSWNH-5G"`<br>`    Tag: Supported Rates 6, 9, 12, 18, 24, 36, 48, 54, [Mbit/sec]`<br>`    Tag: HT Capabilities (802.11n D1.10)`<br>`    Tag: Extended Capabilities (8 octets)`<br>`    Tag: VHT Capabilities`<br>`      Tag Number: VHT Capabilities (191)`<br>`      Tag length: 12`<br>`      VHT Capabilities Info: 0x0f917832`<br>`        .... .... .... .... .... ..10 = Maximum MPDU Length: 11 454 (0x2)`<br>`        .... .... .... .... .... 00.. = Supported Channel Width Set: Neither 160MHz nor 80+80 supported (0x0)`<br>`        .... .... .... .... ...1 .... = Rx LDPC: Supported`<br>`        .... .... .... .... ..1. .... = Short GI for 80MHz/TVHT_MODE_4C: Supported`<br>`        .... .... .... .... .0.. .... = Short GI for 160MHz and 80+80MHz: Not supported`<br>`        .... .... .... .... 0... .... = Tx STBC: Not supported`<br>`        .... .... .... .000 .... .... = Rx STBC: None (0x0)`<br>`        .... .... .... 1... .... .... = SU Beamformer Capable: Supported`<br>`        .... .... ...1 .... .... .... = SU Beamformee Capable: Supported`<br>`        .... .... 011. .... .... .... = Beamformee STS Capability: 4 (0x3)`<br>`        .... .001 .... .... .... .... = Number of Sounding Dimensions: 2 (0x1)`<br>`        .... 0... .... .... .... .... = MU Beamformer Capable: Not supported`<br>`        ...1 .... .... .... .... .... = MU Beamformee Capable: Supported`<br>`        ..0. .... .... .... .... .... = TXOP PS: Not supported`<br>`        .0.. .... .... .... .... .... = +HTC-VHT Capable: Not supported`<br>`        .11 1... .... .... .... .... = Max A-MPDU Length Exponent: 1 048 575 (0x7)`<br>`        11.. .... .... .... .... .... = VHT Link Adaptation: Both (can provide unsolicited feedback and respond to VHT MRQ) (0x3)`<br>`        ..0 .... .... .... .... .... = Rx Antenna Pattern Consistency: Not supported`<br>`        .0. .... .... .... .... .... = Tx Antenna Pattern Consistency: Not supported`<br>`        00.. .... .... .... .... .... = Extended NSS BW Support: 0x0` |

| Claims | Identification |
|---|---|
|  |  |

| | |
|---|---|
|  | ```
> Frame 45: 365 bytes on wire (2920 bits), 365 bytes captured (2920 bits)
> Radiotap Header v0, Length 56
> 802.11 radio information
> IEEE 802.11 Probe Request, Flags: ........C
∨ IEEE 802.11 Wireless Management
  ∨ Tagged parameters (281 bytes)
    > Tag: SSID parameter set: "HSWNH-5G"
    > Tag: Supported Rates 6, 9, 12, 18, 24, 36, 48, 54, [Mbit/sec]
    > Tag: HT Capabilities (802.11n D1.10)
    > Tag: Extended Capabilities (8 octets)
    > Tag: VHT Capabilities
    > Ext Tag: FILS Request Parameters
    ∨ Ext Tag: HE Capabilities
        Ext Tag length: 27 (Tag len: 28)
        Ext Tag Number: HE Capabilities (35)
      > HE MAC Capabilities Information: 0x00400a080801
      ∨ HE PHY Capabilities Information
        > .... ...0 = Reserved: 0x0
        > 0000 011. = Channel Width Set: 0x03
        ∨ Bits 8 to 23: 0xc230
            .... .... 0000 = Punctured Preamble Rx: 0x0
            .... .... ...1 .... = Device Class: Class A Device (0x1)
            .... .... ..1. .... = LDPC Coding In Payload: Supported
            .... .... .0.. .... = HE SU PPDU With 1x HE-LTF And 0.8us GI: Not supported
            .... ..0 0.. .... = Midamble Tx/Rx Max NSTS: 1 Space-Time Stream (0x0)
            .... ..1. .... .... = NDP With 4x HE-LTF and 3.2us GI: Supported
            .... 0... .... .... = STBC Tx <= 80 MHz: Not supported
            .... 0... .... .... = STBC Rx <= 80 MHz: Not supported
            ...0 .... .... .... = Doppler Tx: Not supported
            ..0. .... .... .... = Doppler Rx: Not supported
            .1.. .... .... .... = Full Bandwidth UL MU-MIMO: Supported
            1... .... .... .... = Partial Bandwidth UL MU-MIMO: Supported
``` |

Source: Internal testing, Wireshark captures of probe requests

For example, Canon camera EOS R5 Mark II (model no. DS126896) is Wi-Fi Alliance (WFA) certified for LPDC operation.

### Certification ID: WFA128016

| Product Info | |
|---|---|
| Date of Certification | January 17, 2024 |
| Company | Canon Inc. |
| Product Name | Digital Camera |
| Product Model Variant | DS126919 |
| Model Number | DS126896 |
| Category | Tablets, Ereaders & Cameras |
| Sub-category | Camera |

| Claims | Identification |
|---|---|
| |  |

| Claims | Identification |
|--------|----------------|
|        | <br>```<br>> Frame 75: 362 bytes on wire (2896 bits), 362 bytes captured (2896 bits)<br>> Radiotap Header v0, Length 56<br>> 802.11 radio information<br>> IEEE 802.11 Probe Request, Flags: ........C<br>> IEEE 802.11 Wireless Management<br>  > Tagged parameters (278 bytes)<br>    > Tag: SSID parameter set: "HSWNH"<br>    > Tag: Supported Rates 6, 9, 12, 18, 24, 36, 48, 54, [Mbit/sec]<br>    > Tag: HT Capabilities (802.11n D1.10)<br>    > Tag: Extended Capabilities (8 octets)<br>    > Tag: VHT Capabilities<br>    > Ext Tag: FILS Request Parameters<br>    ˅ Ext Tag: HE Capabilities<br>        Ext Tag length: 27 (Tag len: 28)<br>        Ext Tag Number: HE Capabilities (35)<br>      > HE MAC Capabilities Information: 0x00400a080801<br>      ˅ HE PHY Capabilities Information<br>          .... ....0 = Reserved: 0x0<br>        > 0000 011.. = Channel Width Set: 0x03<br>        ˅ Bits 8 to 23: 0xc230<br>            .... .... .... 0000 = Punctured Preamble Rx: 0x0<br>            .... .... ...1 .... = Device Class: Class A Device (0x1)<br>            .... .... ..1. .... = LDPC Coding In Payload: Supported<br>            .... .... .0.. .... = HE SU PPDU With 1x HE-LTF And 0.8us GI: Not supported<br>            .... ..0 0.. .... = Midamble Tx/Rx Max NSTS: 1 Space-Time Stream (0x0)<br>            .... ..1. .... .... = NDP With 4x HE-LTF and 3.2us GI: Supported<br>            .... .0.. .... .... = STBC Tx <= 80 MHz: Not supported<br>            .... 0... .... .... = STBC Rx <= 80 MHz: Not supported<br>            ...0 .... .... .... = Doppler Tx: Not supported<br>            ..0. .... .... .... = Doppler Rx: Not supported<br>            .1.. .... .... .... = Full Bandwidth UL MU-MIMO: Supported<br>            1... .... .... .... = Partial Bandwidth UL MU-MIMO: Supported<br>```<br><br>Source: Internal testing, Wireshark captures of probe requests<br><br><br>For example, Canon Wi-Fi module (model no. DS586091) is Wi-Fi Alliance (WFA) certified for LPDC operation.<br><br>**Certification ID: WFA63501**<br><br>| Product Info | |<br>|---|---|<br>| Date of Certification | December 8, 2015 |<br>| Company | Canon Inc. |<br>| Product Name | Wireless File Transmitter |<br>| Product Model Variant | 2015-12-08 (WFA63501 - 3648743) |<br>| Model Number | DS586091 |<br>| Category | Tablets, Ereaders & Cameras |<br>| Sub-category | Camera | |

| Claims | Identification |
|---|---|
| |  |

Source: https://www.wi-fi.org/product-finder

For example, the Accused Products integrating Wi-Fi module FCC ID AZDK30387 implement LDPC. Wi-Fi module FCC ID AZDK30387 includes Infineon Wi-Fi chip CYW4373 that supports LDPC. IEEE 802.11ax requires mandatory LDPC encoding and decoding for devices transmitting in bandwidths greater than 20MHz and/or supporting HE-MCSs 10 and 11.

| Claims | Identification |
|---|---|
| | **AIROC™ Wi-Fi & Bluetooth® combo chip**<br>**Single-chip, Tri-band, 802.11ax, 2×2 MIMO, Bluetooth® 5.3 for**<br>**commercial/consumer applications**     Infineo<br><br>Features<br><br>**Features**<br><br>• WLAN<br>  - 802.11a/b/g/n/ac/ax compliant, tri-band capable (2.4/5/6 GHz)<br>  - 5/6 GHz: 20/40/80 MHz channels, 1024-QAM, 2x2 MIMO providing up to 1.2 Gbps PHY data rate<br>  - 2.4 GHz: 20/40[1] MHz channels, 1024-QAM, 2x2 MIMO providing up to 574 Mbps PHY date rate<br><br>Source: https://www.infineon.com/part/CYW4373<br><br>For example, Canon printers TS7700 series TS7600i series and TS6630 series use Wi-Fi module FCC ID AZDK30387 which implements LDPC.<br><br>**Regulatory Information**<br><br>**Users in the U.S.A.**<br><br>FCC Notice (U.S.A. Only)<br>For 120V, 60Hz model<br>Model Number: K10587 (Contains FCC Approved WLAN Module K30387)<br><br>Source: https://hk.canon/en/support/0304822103<br><br>For example, Canon printers GX5100 series use Wi-Fi module FCC ID AZDK30387 which implements LDPC.<br><br>**Regulatory Information**<br><br>**Users in the U.S.A.**<br><br>FCC Notice (U.S.A. Only)<br>For 120V, 60Hz model<br>Model Number: K10622 (Contains FCC Approved WLAN Module K30387) |

| Claims | Identification |
|---|---|
| | Source: https://hk.canon/en/support/0305114501<br><br>For example, Canon printers GX2050 series use Wi-Fi module FCC ID AZDK30387 which implements LDPC.<br><br>**DECLARATION OF CONFORMITY**<br><br>| Manufacturer | CANON INC. |<br>| | 30-2, Shimomaruko 3-chome, Ohta-ku, Tokyo 146-8501, Japan |<br>| Authorized representative in UK | CANON (UK) LTD. |<br>| | 4 Roundwood Avenue, Stockley Park, Uxbridge,UB11 1AF, U.K. |<br><br>This declaration of conformity is issued under the sole responsibility of the manufacturer.<br>We declare that the product(s)<br><br>Product Name: Multifunction Printer<br>Model : K10584<br>Sales Name: GX2050<br><br>-Included Wireless LAN Module: K30387<br><br>Source: https://www.canon-europe.com/ce-documentation/colour-printers/<br><br>For example, Canon printers GX7150 series use Wi-Fi module FCC ID AZDK30387 which implements LDPC.<br><br>**DECLARATION OF CONFORMITY**<br><br>| Manufacturer | CANON INC. |<br>| | 30-2, Shimomaruko 3-chome, Ohta-ku, Tokyo 146-8501, Japan |<br>| Importer in UK | CANON (UK) LTD. |<br>| | 4 Roundwood Avenue, Stockley Park, Uxbridge,UB11 1AF, U.K |<br><br>This declaration of conformity is issued under the sole responsibility of the manufacturer.<br>We declare that the product(s)<br><br>Product Name: Multifunction Printer<br>Model : K10620<br>Sales Name: GX7150<br><br>-Included Wireless LAN Module: K30387<br><br>Source: https://www.canon-europe.com/ce-documentation/colour-printers/<br><br>For example, the Accused Products integrating Wi-Fi module FCC ID AZD248 implement LDPC. Wi-Fi module FCC ID AZD248 includes Cypress/Infineon Wi-Fi chip CYW55573 which supports LDPC. |

| Claims | Identification |
|---|---|
|  |  Source: https://apps.fcc.gov/oetcf/eas/reports/GenericSearch.cfm IEEE 802.11ax requires mandatory LDPC encoding and decoding for devices transmitting in bandwidths greater than 20MHz and/or supporting HE-MCSs 10 and 11. **AIROC™ Wi-Fi & Bluetooth® combo chip** **Single-chip, Tri-band, 802.11ax, 2×2 MIMO, Bluetooth® 5.3 for commercial/consumer applications**  Features **Features** • WLAN  - 802.11a/b/g/n/ac/ax compliant, tri-band capable (2.4/5/6 GHz)  - 5/6 GHz: 20/40/80 MHz channels, 1024-QAM, 2x2 MIMO providing up to 1.2 Gbps PHY data rate  - 2.4 GHz: 20/40[1] MHz channels, 1024-QAM, 2x2 MIMO providing up to 574 Mbps PHY date rate Source: https://www.infineon.com/row/public/documents/30/49/infineon-cyw55573-airoc-wi-fi-bluetooth-combo-chip-single-chip-tri-band-802-11ax-2-2-mimo-bluetooth-5-datasheet-en-09018a9080d27ae6.pdf |

| Claims | Identification |
|---|---|
| | For example, the Accused Products integrating Wi-Fi module FCC ID AZD241 implement LDPC. Wi-Fi module FCC ID AZD241 includes NXP/Marvell Wi-Fi chip W8787 which supports LDPC.<br><br>Top<br><br><br><br>Source: https://apps.fcc.gov/oetcf/eas/reports/GenericSearch.cfm<br><br>**Marvell® 88W8987xA**<br>Wi-Fi, Bluetooth 5.1 and 802.11p Combo Solutions for Vehicle-to-Everything (V2X) and In-Vehicle Infotainment (IVI)<br><br>**KEY FEATURES AND BENEFITS**<br><br>_see table below_<br><br>Source: https://www.marvell.com/content/dam/marvell/en/public-collateral/wireless/marvell-wireless-88w8987xa-product-brief-2019-07.pdf |

| FEATURES | BENEFITS |
|---|---|
| General Features | • Virtual Dual MAC feature for simultaneous and power efficient operation in 2.4 GHz and 5 GHz to support applications<br>• Independent download & reset of IEEE 802.11ac/ IEEE 802.11p and Bluetooth firmware & functions<br>• Digital audio interfaces (PCM) for voice applications |
| Wi-Fi | • IEEE 802.11ac (Wave 2) with data rates up to 433 Mbps<br>• 20/40/80 MHz channel bandwidth<br>• 256 QAM (MCS 8, 9) support using LDPC<br>• Dual band internal PA's & integrated T/R switches<br>• IEEE 802.11mc for distance and range finding |

| Claims | Identification |
|---|---|
| | For example, the Accused Products integrating Wi-Fi module FCC ID AZD600 implement LDPC. Wi-Fi module FCC ID AZD600 includes Broadcom/Cypress/Infineon Wi-Fi chip BCM4383 which supports LDPC.<br><br><br><br>Source:  https://apps.fcc.gov/oetcf/eas/reports/GenericSearch.cfm<br><br> CYW4343W<br><br>Single-Chip 802.11 b/g/n MAC/Baseband/Radio with Bluetooth 4.1 |

| Claims | Identification |
|---|---|
| | **Features**<br><br>**IEEE 802.11x Key Features**<br><br>■ Single-band 2.4 GHz IEEE 802.11b/g/n.<br><br>■ Support for 2.4 GHz TurboQAM® data rates (256-QAM) and 20 MHz channel bandwidth.<br><br>■ Integrated iTR switch supports a single 2.4 GHz antenna shared between WLAN and Bluetooth.<br><br>■ Supports explicit IEEE 802.11n transmit beamforming<br><br>■ Tx and Rx Low-density Parity Check (LDPC) support for improved range and power efficiency.<br><br>Source: https://www.infineon.com/assets/row/public/documents/non-assigned/49/infineon-cyw4334wkubgt-datasheet-en.pdf?fileId=8ac78c8c7d0d8da4017d0ee1f02f680f<br><br>For example, Canon printers include Wi-Fi modules (e.g., Pixma MG3550).<br><br><br><br>Source: https://www.ifixit.com/Guide/Canon+Pixma+MG3550+Disassembly/119426<br><br>For example, Canon printers include Wi-Fi modules (e.g., Pixma MG5420). |

| Claims | Identification |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=2uBvQomln1I<br><br>For example, Canon printers include Wi-Fi modules (e.g., Pro-100).<br><br><br><br>Source: https://www.printerknowledge.com/threads/canon-pro-100-cabinet-removal-procedure.14918/ |

| Claims | Identification |
|--------|----------------|
|        | For example, Canon printers include Wi-Fi modules (e.g., Pixma iX6820).<br><br><br><br>Source: https://www.youtube.com/watch?v=vRPvjyDyYpE<br><br>For example, Canon printers include Wi-Fi modules (e.g., Pixma G2060, GM2070, G3000, G3010, G3012, G3020, G3060, G4010, GM4070, GM5070).<br><br><br><br>Source: https://printerpartspoint.com/products/wifi-card-wi-fi-card-for-canon-pixma-g2010-g3010-g4010-qm7-4456?_pos=1&_sid=84f2e0761&_ss=r |

| Claims | Identification |
|---|---|
| | IEEE 802.11ax requires mandatory LDPC encoding and decoding for devices transmitting in bandwidths greater than 20MHz and/or supporting HE-MCSs 10 and 11. |

An HE STA shall support the following features:

— Transmission and reception of an HE SU PPDU that consists of a single RU spanning the entire PPDU bandwidth.

— Transmission and reception of an HE ER SU PPDU that consists of a 242-tone RU spanning the entire primary 20 MHz PPDU bandwidth.

— BCC coding (transmit and receive). BCC coding is not used in the following cases:

    — An HE SU PPDU with a bandwidth greater than 20 MHz
    — An RU of size greater than 242 subcarriers in an HE MU PPDU or an HE TB PPDU
    — An HE SU PPDU with number of spatial streams greater than 4
    — An RU allocated to a single user in an HE MU PPDU or for an HE TB PPDU with a number of spatial streams greater than 4
    — An HE SU PPDU using HE-MCSs 10 or 11
    — An RU in an HE MU PPDU or an HE TB PPDU using HE-MCSs 10 or 11

— LDPC coding (transmit and receive) in all supported HE PPDU types, RU sizes, and number of spatial streams if the STA supports transmitting and receiving in channel bandwidths greater than 20 MHz.

— LDPC coding (transmit and receive) in all supported HE PPDU types, RU sizes, and number of spatial streams if the STA declares support for transmitting or receiving more than 4 spatial streams.

— LDPC coding (transmit and receive) in all supported HE PPDU types, RU sizes, and number of spatial streams if the STA declares support for HE-MCSs 10 and 11 (transmit and receive).

Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," in IEEE Std 802.11ax-2021 (Amendment to IEEE Std 802.11-2020), p. 466, 9 Feb. 2021.

### 4.3.13 High-throughput (HT) STA

An HT STA has PHY features consisting of the modulation and coding scheme (MCS) set described in 19.3.5 and physical layer (PHY) protocol data unit (PPDU) formats described in 19.1.4. Some PHY features that distinguish an HT STA from a non-HT STA are referred to as *multiple input, multiple output (MIMO)* operation; spatial multiplexing (SM); spatial mapping (including transmit beamforming); space-time block coding (STBC); low-density parity check (LDPC) encoding; and antenna selection (ASEL). The allowed PPDU formats are non-HT format, HT-mixed format, and HT-greenfield format (see 19.1.4). The PPDUs can be transmitted with 20 MHz bandwidth and might be transmitted with 40 MHz bandwidth.

| Claims | Identification |
|---|---|
| | ### 19.3.3 Transmitter block diagram<br><br>c)  *FEC encoders* encode the data to enable error correction. An FEC encoder may include a binary convolutional encoder followed by a puncturing device, or it may include a low-density parity check (LDPC) encoder.<br><br>**19.3.11.7.2 LDPC coding rates and codeword block lengths**<br><br>The supported coding rates, information block lengths, and codeword block lengths are described in Table 19-15.<br><br>Table 19-15—LDPC parameters<br><br>| Coding rate (R) | LDPC information block length (bits) | LDPC codeword block length (bits) |<br>|---|---|---|<br>| 1/2 | 972 | 1944 |<br>| 1/2 | 648 | 1296 |<br>| 1/2 | 324 | 648 |<br>| 2/3 | 1296 | 1944 |<br>| 2/3 | 864 | 1296 |<br>| 2/3 | 432 | 648 |<br>| 3/4 | 1458 | 1944 |<br>| 3/4 | 972 | 1296 |<br>| 3/4 | 486 | 648 |<br>| 5/6 | 1620 | 1944 |<br>| 5/6 | 1080 | 1296 |<br>| 5/6 | 540 | 648 |<br><br>### 19.3.11.7.3 LDPC encoder<br><br>For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, $c=(i_0, i_1, ..., i_{(k-1)})$, of size $k$, into a codeword, $\mathbf{c}$, of size $n$, $\mathbf{c}=(i_0, i_1, ... i_{(k-1)}, p_0, p_1, ..., p_{(n-k-1)})$, by adding $n-k$ parity bits obtained so that $\mathbf{H} \times \mathbf{c}^T = \mathbf{0}$, where $\mathbf{H}$ is an $(n-k) \times n$ parity-check matrix. The selection of the codeword block length ($n$) is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5. |

| Claims | Identification |
|--------|----------------|
|        | ## 21. Very high throughput (VHT) PHY specification<br><br>## 21.1 Introduction<br><br>### 21.1.1 Introduction to the VHT PHY<br><br>Clause 21 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system operating in the 5 GHz band.<br><br>In addition to the requirements in Clause 21, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 19 in the 5 GHz band.<br><br>The VHT PHY is based on the HT PHY defined in Clause 19, which in turn is based on the OFDM PHY<br><br>### 21.3.10.5.4 LDPC coding<br><br>For a VHT SU PPDU using LDPC coding to encode the Data field, the LDPC code and encoding process described in 19.3.11.7 shall be used with the following modifications. First, all bits in the Data field including the scrambled SERVICE, PSDU, and pad bits are encoded. Thus, $N_{pld}$ for VHT PPDUs shall be computed using Equation (21-61) instead of Equation (19-35).<br><br>$$N_{pld} = N_{SYM,init}N_{DBPS} \qquad (21\text{-}61)$$<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," in IEEE Std 802.11-2020 |

| Claims | Identification |
|---|---|
| | **27. High-efficiency (HE) PHY specification**<br><br>**27.1 Introduction**<br><br>**27.1.1 Introduction to the HE PHY**<br><br>Clause 27 specifies the PHY entity for a high-efficiency (HE) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 27, an HE STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of the following PHY specifications:<br><br>— LDPC coding (transmit and receive) in all supported HE PPDU types, RU sizes, and number of spatial streams if the STA supports transmitting and receiving in channel bandwidths greater than 20 MHz.<br><br>— LDPC coding (transmit and receive) in all supported HE PPDU types, RU sizes, and number of spatial streams if the STA declares support for transmitting or receiving more than 4 spatial streams.<br><br>— LDPC coding (transmit and receive) in all supported HE PPDU types, RU sizes, and number of spatial streams if the STA declares support for HE-MCSs 10 and 11 (transmit and receive).<br><br>Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," in IEEE Std 802.11ax-2021 |
| 1[a] providing a plurality of LDPC codes of different codeword lengths and code rates; | The Accused Products provide a plurality of LDPC codes of different codeword lengths and code rates. |

| Claims | Identification |
|--------|----------------|
|  | **19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) to step g) shall be performed in sequence: |

a) Compute the number of available bits, $N_{avbits}$, in the minimum number of OFDM symbols in which the Data field of the packet may fit.

$$N_{pld} = length \times 8 + 16 \qquad (19\text{-}35)$$

$$N_{avbits} = N_{CBPS} \times m_{STBC} \times \left\lceil \frac{N_{pld}}{N_{CBPS} \times R \times m_{STBC}} \right\rceil \qquad (19\text{-}36)$$

where

$m_{STBC}$ is 2 if STBC is used and 1 otherwise

$length$ is the value of the HT Length field in the HT-SIG field defined in Table 19-11

$N_{pld}$ is the number of bits in the PSDU and SERVICE field

b) Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.

### Table 19-16—PPDU encoding parameters

| Range of $N_{avbits}$ (bits) | Number of LDPC codewords ($N_{CW}$) | LDPC codeword length $L_{LDPC}$ (bits) |
|---|---|---|
| $N_{avbits} \leq 648$ | 1 | 1296, if $N_{avbits} \geq N_{pld} + 912 \times (1\text{-}R)$<br>648, otherwise |
| $648 < N_{avbits} \leq 1296$ | 1 | 1944, if $N_{avbits} \geq N_{pld} + 1464 \times (1\text{-}R)$<br>1296, otherwise |
| $1296 < N_{avbits} \leq 1944$ | 1 | 1944 |
| $1944 < N_{avbits} \leq 2592$ | 2 | 1944, if $N_{avbits} \geq N_{pld} + 2916 \times (1\text{-}R)$<br>1296, otherwise |
| $2592 < N_{avbits}$ | $\left\lceil \dfrac{N_{pld}}{1944 \cdot R} \right\rceil$ | 1944 |

| Claims | Identification |
|---|---|
| | ### 19.3.11.7.2 LDPC coding rates and codeword block lengths

The supported coding rates, information block lengths, and codeword block lengths are described in Table 19-15.

Table 19-15—LDPC parameters

| Coding rate (R) | LDPC information block length (bits) | LDPC codeword block length (bits) |
|---|---|---|
| 1/2 | 972 | 1944 |
| 1/2 | 648 | 1296 |
| 1/2 | 324 | 648 |
| 2/3 | 1296 | 1944 |
| 2/3 | 864 | 1296 |
| 2/3 | 432 | 648 |
| 3/4 | 1458 | 1944 |
| 3/4 | 972 | 1296 |
| 3/4 | 486 | 648 |
| 5/6 | 1620 | 1944 |
| 5/6 | 1080 | 1296 |
| 5/6 | 540 | 648 |

### 19.3.11.7.3 LDPC encoder

For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, $\mathbf{c}=(i_0,i_1,...\ i_{(k-1)})$, of size $k$, into a codeword, $\mathbf{c}$, of size $n$, $\mathbf{c}=(i_0,i_1,...\ i_{(k-1)},p_0,p_1,...,p_{(n-k-1)})$, by adding $n–k$ parity bits obtained so that $\mathbf{H}\times\mathbf{c}^T = \mathbf{0}$, where $\mathbf{H}$ is an $(n-k)\times n$ parity-check matrix. The selection of the codeword block length ($n$) is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5.

Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," in IEEE Std 802.11-2020 |
| 1[b] calculating a number of shortening Nshortened bits for each of the plurality of LDPC codes; | The Accused Products calculate a number of shortening Nshortened bits for each of the plurality of LDPC codes. |

| Claims | Identification |
|---|---|
| | ### 19.3.11.7.5 LDPC PPDU encoding process<br><br>To encode an LDPC PPDU, step a) through step g) shall be performed in sequence:<br><br>b)   Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.<br><br>c)   Compute the number of shortening bits, $N_{shrt}$, to be padded to the $N_{pld}$ data bits before encoding, as shown in Equation (19-37).<br><br>$$N_{shrt} = \max(0, (N_{CW} \times L_{LDPC} \times R) - N_{pld}) \qquad (19\text{-}37)$$<br><br>When $N_{shrt} = 0$, shortening is not performed. (Note that $N_{shrt}$ is inherently restricted to be non-negative due to the codeword length and count selection of 19-16). When $N_{shrt} > 0$, shortening bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{shrt}$ mod $N_{CW}$ codewords shortened 1 bit more than the remaining codewords.<br><br>d)   Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).<br><br>$$N_{SYM} = N_{avbits} / N_{CBPS} \qquad (19\text{-}41)$$<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," in IEEE Std 802.11-2020 |
| 1[c] calculating a number of puncturing $N_{punctured}$ bits for each of the plurality of LDPC codes; | The Accused Products calculate a number of puncturing $N_{punctured}$ bits for each of the plurality of LDPC codes. |

| Claims | Identification |
|---|---|
| | **19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) through step g) shall be performed in sequence:<br><br>d)  Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>The punctured bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{punc}$ mod $N_{CW}$ codewords punctured 1 bit more than the remaining codewords.<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," in IEEE Std 802.11-2020 |
| 1[d] providing a performance criterion; | The Accused Products provide a performance criterion. |

| Claims | Identification |
|---|---|
| | ### 19.3.11.7.5 LDPC PPDU encoding process<br><br>To encode an LDPC PPDU, step a) through step g) shall be performed in sequence:<br><br>d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$<br><br>If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND } \left(N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R}\right)\right)$ is true OR if $(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:<br><br>$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$<br><br>The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).<br><br>$$N_{SYM} = N_{avbits} / N_{CBPS} \qquad (19\text{-}41)$$<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," in IEEE Std 802.11-2020 |
| 1[e] determining, in a computer processor, a selected LDPC code from the plurality of shortened LDPC codes and the plurality of punctured LDPC codes meeting the performance criterion; and | The Accused Products determine, in a computer processor, a selected LDPC code from the plurality of shortened LDPC codes and the plurality of punctured LDPC codes meeting the performance criterion.<br><br>For example, products that implement LDPC determine a selected LDPC code in a Cypress/Infineon Wi-Fi chip CYW55573, NXP/Marvell Wi-Fi chip W8787, Broadcom/Cypress/Infineon Wi-Fi chip BCM4383, or other computer processor. |

| Claims | Identification |
|---|---|
| | ### 19.3.11.7.5 LDPC PPDU encoding process<br><br>To encode an LDPC PPDU, step a) through step g) shall be performed in sequence:<br><br>    d)    Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$<br><br>If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND} \left(N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R}\right)\right)$ is true OR if $(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:<br><br>$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$<br><br>The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).<br><br>$$N_{SYM} = N_{avbits} / N_{CBPS} \qquad (19\text{-}41)$$<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," in IEEE Std 802.11-2020 |
| 1[f] encoding data using the selected LDPC code. | The Accused Products encode data using the selected LDPC code. |

| Claims | Identification |
|---|---|
|  | **19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:<br><br>a)  Compute the number of available bits, $N_{avbits}$, in the minimum number of OFDM symbols in which the Data field of the packet may fit.<br><br>$$N_{pld} = length \times 8 + 16 \qquad\qquad (19\text{-}35)$$<br><br>$$N_{avbits} = N_{CBPS} \times m_{STBC} \times \left\lceil \frac{N_{pld}}{N_{CBPS} \times R \times m_{STBC}} \right\rceil \qquad\qquad (19\text{-}36)$$<br><br>where<br><br>$m_{STBC}$    is 2 if STBC is used and 1 otherwise<br>$length$    is the value of the HT Length field in the HT-SIG field defined in Table 19-11<br>$N_{pld}$    is the number of bits in the PSDU and SERVICE field<br><br>b)  Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.<br><br>## 19.3.3 Transmitter block diagram<br><br>c)  *FEC encoders* encode the data to enable error correction. An FEC encoder may include a binary convolutional encoder followed by a puncturing device, or it may include a low-density parity check (LDPC) encoder. |

| Claims | Identification |
|--------|----------------|
|        | ## I.2 Generating encoded DATA bits—LDPC example 1<br>### I.2.1 General<br>LDPC example 1 is similar to the BCC example. This example illustrates LDPC shortening, encoding, and puncturing of a single codeword.<br>Input TXVECTOR parameters for LDPC example 1:<br>— FEC_CODING = LDPC_CODING = 1 (LDPC encoder; not BCC)<br>— CH_BANDWIDTH = HT_CBW20 = 0 (CH_BANDWIDTH = 0 => 20 MHz)<br>— MCS = 4 (MCS = 4; 16-QAM; Coding rate = 3/4)<br>— Coding rate R = 3/4<br>— LENGTH = 100 octets (with 16-bit SERVICE field becomes 102 Octets = 816 bits to scramble and encode)<br>— STBC = 0 (STBC = 0 => OFF; m_STBC=1) |

| Claims | Identification |
|---|---|
| | **19.3.11.7.5 LDPC PPDU encoding process**<br><br>f)    For each of the $N_{CW}$ codewords, process the data using the number of shortening bits per codeword as computed in step c) for encoding, and puncture or repeat bits per codeword as computed per step d) and step e), as illustrated in Figure 19-13.<br><br><br><br>**Figure 19-13—LDPC PPDU encoding padding and puncturing of a single codeword**<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," in IEEE Std 802.11-2020 |
| 2. The method according to claim 1 further comprising the steps of:<br>providing a plurality of performance criteria; and | The Accused Products perform the method of claim 1, further providing a plurality of performance criteria and determine a subsequent subset when each of the plurality of performance criteria is applied to the subsets of LDPC codes meeting previous criteria. |

| Claims | Identification |
|---|---|
| determining a subsequent subset when each of the plurality of performance criteria is applied to the subsets of LDPC codes meeting previous criteria. | **19.3.11.7.3 LDPC encoder**<br><br>For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, $c=(i_0, i_1, ..., i_{(k-1)})$, of size $k$, into a codeword, **c**, of size $n$, $\mathbf{c}=(i_0, i_1, ... i_{(k-1)}, p_0, p_1, ..., p_{(n-k-1)})$, by adding $n-k$ parity bits obtained so that $\mathbf{H} \times \mathbf{c}^T = \mathbf{0}$, where $\mathbf{H}$ is an $(n-k) \times n$ parity-check matrix. The selection of the codeword block length ($n$) is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5.<br><br>**19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:<br><br>  a)   Compute the number of available bits, $N_{avbits}$, in the minimum number of OFDM symbols in which the Data field of the packet may fit.<br><br>  b)   Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.<br><br>  d)   Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$<br><br>If $\left( (N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND } \left( N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R} \right) \right)$ is true OR if $(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:<br><br>$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$ |

| Claims | Identification |
|---|---|
| | **19.3.11.7.5 LDPC PPDU encoding process** (Continued)<br><br>f)  For each of the $N_{CW}$ codewords, process the data using the number of shortening bits per codeword as computed in step c) for encoding, and puncture or repeat bits per codeword as computed per step d) and step e), as illustrated in Figure 19-13.<br>g)  Aggregate all codewords and parse as defined in 19.3.11.7.6. |

| Claims | Identification |
|---|---|
| | The rate-dependent parameters for mandatory 20 MHz, $N_{SS}$ = 1 MCSs with $N_{ES}$ = 1 shall be as shown in Table 19-27. |

**Table 19-27—MCS parameters for mandatory 20 MHz, $N_{SS}$ = 1, $N_{ES}$ = 1**

| MCS Index | Modulation | $R$ | $N_{BPSCS}(i_{SS})$ | $N_{SD}$ | $N_{SP}$ | $N_{CBPS}$ | $N_{DBPS}$ | Data rate (Mb/s) | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 800 ns GI | 400 ns GI (see NOTE) |
| 0 | BPSK | 1/2 | 1 | 52 | 4 | 52 | 26 | 6.5 | 7.2 |
| 1 | QPSK | 1/2 | 2 | 52 | 4 | 104 | 52 | 13.0 | 14.4 |
| 2 | QPSK | 3/4 | 2 | 52 | 4 | 104 | 78 | 19.5 | 21.7 |
| 3 | 16-QAM | 1/2 | 4 | 52 | 4 | 208 | 104 | 26.0 | 28.9 |
| 4 | 16-QAM | 3/4 | 4 | 52 | 4 | 208 | 156 | 39.0 | 43.3 |
| 5 | 64-QAM | 2/3 | 6 | 52 | 4 | 312 | 208 | 52.0 | 57.8 |
| 6 | 64-QAM | 3/4 | 6 | 52 | 4 | 312 | 234 | 58.5 | 65.0 |
| 7 | 64-QAM | 5/6 | 6 | 52 | 4 | 312 | 260 | 65.0 | 72.2 |
| NOTE—Support of 400 ns GI is optional on transmit and receive. | | | | | | | | | |

| Claims | Identification |
|---|---|
| | Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," in IEEE Std 802.11-2020 |
| 3. The method according to claim 1, wherein the performance criterion is selected from the group consisting of a range of effective coding rates, a range of basic coding rates, a | The Accused Products perform the method of claim 1, wherein the performance criterion is selected from the group consisting of a range of effective coding rates, a range of basic coding rates, a range of numbers of transmission symbols, a range of $N_{punctured}$, a range of $N_{shortened}$, a range of parity bits in LDPC codewords, a range for normalized shortening to puncturing ratio, $q_{normalized}$, and a combination thereof. |

| Claims | Identification |
|---|---|
| range of numbers of transmission symbols, a range of $N_{punctured}$, a range of $N_{shortened}$, a range of parity bits in LDPC codewords, a range for normalized shortening to puncturing ratio, $q_{normalized}$, and a combination thereof. | **19.3.11.7.2 LDPC coding rates and codeword block lengths**<br><br>The supported coding rates, information block lengths, and codeword block lengths are described in Table 19-15.<br><br>Table 19-15—LDPC parameters<br><br>_(see table below)_<br><br>**19.3.11.7.3 LDPC encoder**<br><br>For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, $c=(i_0, i_1,..., i_{(k-1)})$, of size $k$, into a codeword, **c**, of size $n$, $\mathbf{c}=(i_0, i_1,... i_{(k-1)}, p_0, p_1,..., p_{(n-k-1)})$, by adding $n-k$ parity bits obtained so that $\mathbf{H} \times \mathbf{c}^T = \mathbf{0}$, where **H** is an $(n-k) \times n$ parity-check matrix. The selection of the codeword block length ($n$) is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5. |

Table 19-15—LDPC parameters

| Coding rate (R) | LDPC information block length (bits) | LDPC codeword block length (bits) |
|---|---|---|
| 1/2 | 972 | 1944 |
| 1/2 | 648 | 1296 |
| 1/2 | 324 | 648 |
| 2/3 | 1296 | 1944 |
| 2/3 | 864 | 1296 |
| 2/3 | 432 | 648 |
| 3/4 | 1458 | 1944 |
| 3/4 | 972 | 1296 |
| 3/4 | 486 | 648 |
| 5/6 | 1620 | 1944 |
| 5/6 | 1080 | 1296 |
| 5/6 | 540 | 648 |

| Claims | Identification |
|--------|----------------|
|        | **19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:<br><br>a) Compute the number of available bits, $N_{avbits}$, in the minimum number of OFDM symbols in which the Data field of the packet may fit.<br><br>b) Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.<br><br>d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$<br><br>If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND} \left(N_{shrt} < 1.2 \times N_{punc} \times \dfrac{R}{1-R}\right)\right)$ is true OR if<br><br>$(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:<br><br>$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$<br><br>f) For each of the $N_{CW}$ codewords, process the data using the number of shortening bits per codeword as computed in step c) for encoding, and puncture or repeat bits per codeword as computed per step d) and step e), as illustrated in Figure 19-13.<br><br>g) Aggregate all codewords and parse as defined in 19.3.11.7.6. |

| Claims | Identification |
|---|---|
| | **19.3.11.7.3 LDPC encoder**<br><br>For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, $c=(i_0, i_1, ..., i_{(k-1)})$, of size $k$, into a codeword, $\mathbf{c}$, of size $n$, $\mathbf{c}=(i_0, i_1, ... i_{(k-1)}, p_0, p_1, ..., p_{(n-k-1)})$, by adding $n-k$ parity bits obtained so that $\mathbf{H} \times \mathbf{c}^T = \mathbf{0}$, where $\mathbf{H}$ is an $(n-k) \times n$ parity-check matrix. The selection of the codeword block length ($n$) is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5. |

| Claims | Identification |
|---|---|
| | ### 19.3.11.7.5 LDPC PPDU encoding process |
| | e) Compute the number of coded bits to be repeated, $N_{rep}$, as shown in Equation (19-42). |
| | $$N_{rep} = \max(0, N_{avbits} - N_{CW} \times L_{LDPC} \times (1 - R) - N_{pld}) \qquad (19\text{-}42)$$ |
| | The number of coded bits to be repeated shall be equally distributed over all $N_{CW}$ codewords with one more bit repeated for the first $N_{rep}$ mod $N_{CW}$ codewords than for the remaining codewords. |
| | The coded bits to be repeated for any codeword shall be copied only from that codeword itself, starting from information bit $i_0$ and continuing sequentially through the information bits and, when necessary, into the parity bits, until the required number of repeated bits is obtained for that codeword. Note that these repeated bits are copied from the codeword after the shortening bits have been removed. If for a codeword the required number of repeated bits are not obtained in this manner (i.e., repeating the codeword once), the procedure is repeated until the required number is achieved. These repeated bits are then concatenated to the codeword after the parity bits in their same order. This process is illustrated in Figure 19-13. In this figure, the outlined arrows indicate the encoding procedure steps, while the solid arrows indicate the direction of puncturing and padding with repeated bits. |
| |  |
| | **Figure 19-13—LDPC PPDU encoding padding and puncturing of a single codeword** |
| | Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," in IEEE Std 802.11-2020 |
| 4. The method according to claim 1, wherein the | The Accused Products perform the method of claim 1, wherein the performance criterion is selected from the group consisting of a minimum effective coding rate, a minimum basic coding rate, a minimum number of |

| Claims | Identification |
|---|---|
| performance criterion is selected from the group consisting of a minimum effective coding rate, a minimum basic coding rate, a minimum number of transmission symbols, a minimum for $N_{punctured}$, a maximum for $N_{shortened}$, a maximum number of parity bits in LDPC codewords, a maximum for normalized shortening to puncturing ratio, $q_{normalized}$, and a combination thereof. | transmission symbols, a minimum for $N_{punctured}$, a maximum for $N_{shortened}$, a maximum number of parity bits in LDPC codewords, a maximum for normalized shortening to puncturing ratio, $q_{normalized}$, and a combination thereof. |

**Table 19-7—Frequently used parameters**

| Symbol | Explanation |
|---|---|
| $N_{CBPS}$ | Number of coded bits per symbol |
| $N_{CBPSS}(i)$ | Number of coded bits per symbol per the $i$-th spatial stream |
| $N_{DBPS}$ | Number of data bits per symbol |
| $N_{BPSC}$ | Number of coded bits per single carrier |
| $N_{BPSCS}(i)$ | Number of coded bits per single carrier for spatial stream $i$ |
| $N_{RX}$ | Number of receive chains |
| $N_{STS}$ | Number of space-time streams |
| $N_{SS}$ | Number of spatial streams |
| $N_{ESS}$ | Number of extension spatial streams |
| $N_{TX}$ | Number of transmit chains |

**Table 17-5—Timing-related parameters**

| Parameter | Value (20 MHz channel spacing) | Value (10 MHz channel spacing) | Value (5 MHz channel spacing) |
|---|---|---|---|
| $N_{SD}$: Number of data subcarriers | 48 | 48 | 48 |
| $N_{SP}$: Number of pilot subcarriers | 4 | 4 | 4 |
| $N_{ST}$: Number of subcarriers, total | 52 ($N_{SD} + N_{SP}$) | 52 ($N_{SD} + N_{SP}$) | 52 ($N_{SD} + N_{SP}$) |

| Claims | Identification |
|---|---|
| | **19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:<br><br>a)   Compute the number of available bits, $N_{avbits}$, in the minimum number of OFDM symbols in which the Data field of the packet may fit.<br><br>b)   Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.<br><br>d)   Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$<br><br>If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND} \left(N_{shrt} < 1.2 \times N_{punc} \times \dfrac{R}{1-R}\right)\right)$ is true OR if<br><br>$(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:<br><br>$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$<br><br>f)   For each of the $N_{CW}$ codewords, process the data using the number of shortening bits per codeword as computed in step c) for encoding, and puncture or repeat bits per codeword as computed per step d) and step e), as illustrated in Figure 19-13.<br><br>g)   Aggregate all codewords and parse as defined in 19.3.11.7.6. |

| Claims | Identification |
|---|---|
| | **19.3.11.7.3 LDPC encoder**<br><br>For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, $\mathbf{c}=(i_0, i_1,..., i_{(k-1)})$, of size $k$, into a codeword, $\mathbf{c}$, of size $n$, $\mathbf{c}=(i_0, i_1,... i_{(k-1)}, p_0, p_1,..., p_{(n-k-1)})$, by adding $n-k$ parity bits obtained so that $\mathbf{H} \times \mathbf{c}^T = \mathbf{0}$, where $\mathbf{H}$ is an $(n-k) \times n$ parity-check matrix. The selection of the codeword block length ($n$) is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5.<br><br>e) Compute the number of coded bits to be repeated, $N_{rep}$, as shown in Equation (19-42).<br><br>$$N_{rep} = \max(0, N_{avbits} - N_{CW} \times L_{LDPC} \times (1-R) - N_{pld})\qquad(19\text{-}42)$$<br><br>The number of coded bits to be repeated shall be equally distributed over all $N_{CW}$ codewords with one more bit repeated for the first $N_{rep}$ mod $N_{CW}$ codewords than for the remaining codewords.<br><br>The coded bits to be repeated for any codeword shall be copied only from that codeword itself, starting from information bit $i_0$ and continuing sequentially through the information bits and, when necessary, into the parity bits, until the required number of repeated bits is obtained for that codeword. Note that these repeated bits are copied from the codeword after the shortening bits have been removed. If for a codeword the required number of repeated bits are not obtained in this manner (i.e., repeating the codeword once), the procedure is repeated until the required number is achieved. These repeated bits are then concatenated to the codeword after the parity bits in their same order. This process is illustrated in Figure 19-13. In this figure, the outlined arrows indicate the encoding procedure steps, while the solid arrows indicate the direction of puncturing and padding with repeated bits.<br><br>Source: IEEE Standard for Information Technology--Telecommunications and Information Exchange between Systems - Local and Metropolitan Area Networks--Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," in IEEE Std 802.11-2020 (Revision of IEEE Std 802.11-2016), 26 Feb. 2021 |
| 10[pre] A device [for] encoding data using a selected LDPC code obtained by: | The Accused Products comprise a device for encoding data using a selected LDPC code.<br><br>For example, the Accused Products include a device (Cypress/Infineon Wi-Fi chip CYW55573, NXP/Marvell Wi-Fi chip W8787, Broadcom/Cypress/Infineon Wi-Fi chip BCM4383, or other computer processor) for encoding data using a selected LDPC code. |

| Claims | Identification |
|---|---|
| | *See* 1[pre] |
| 10[a] providing a plurality of LDPC codes of different codeword lengths and code rates; | The Accused Products provide a plurality of LDPC codes of different codeword lengths and code rates.<br><br>*See* 1[a] |
| 10[b] calculating a number of shortening $N_{shortened}$ bits for each of the plurality of LDPC codes; | The Accused Products calculate a number of shortening Nshortened bits for each of the plurality of LDPC codes.<br><br>*See* 1[b] |
| 10[c] calculating a number of puncturing $N_{punctured}$ bits for each of the plurality of LDPC codes; | The Accused Products calculate a number of puncturing $N_{punctured}$ bits for each of the plurality of LDPC codes.<br><br>*See* 1[c] |
| 10[d] providing a performance criterion; | The Accused Products provide a performance criterion.<br><br>*See* 1[d] |
| 10[e] determining a selected LDPC code from the plurality of shortened LDPC codes and the plurality of punctured LDPC codes meeting the performance; and | The Accused Products determine, in a computer processor, a selected LDPC code from the plurality of shortened LDPC codes and the plurality of punctured LDPC codes meeting the performance criterion.<br><br>*See* 1[e] |
| 10[f] providing the selected LDPC code. | The Accused Products provide the selected LDPC code.<br><br>*See* 1[a] |

| Accused Products |
|---|
| Canon EOS R1 cameras |
| Canon EOS R5 Mark II cameras |
| Canon products integrating Wi-Fi module (model no. DS586091) |
| Canon products integrating Wi-Fi module FCC ID AZDK30387 including Canon printers TS7700 series TS7600i series, TS6630 series, GX5100 series, GX2050 series, and GX7150 series |
| Canon products integrating Wi-Fi module FCC ID AZD248 |
| Canon products integrating Wi-Fi module FCC ID AZD241 |
| Canon products integrating Wi-Fi module FCC ID AZDFM3L998 |
| Canon Wi-Fi module (model no. DS586091) |
| Canon Wi-Fi module FCC ID AZDK30387 |
| Canon Wi-Fi module FCC ID AZD248 |

| Canon Wi-Fi module FCC ID AZD241 |
| Canon Wi-Fi module FCC ID AZD600 |