# EXHIBIT H

# Exhibit H

## U.S. Patent No. 9,218,434

**Claims 1 and 20**

| Claim | Identification |
|---|---|
| 1[pre] A method for updating a media-sharing website, said method comprising: | The Accused Products perform a method for updating a media-sharing website.<br><br>For example, images and videos are uploaded to image.canon (media-sharing website) and can be accessed from the image.canon app or web browser. The Accused Products interoperate with image.canon for uploading content.<br><br>image.canon — Capturing your photo or movie is just the beginning!<br><br>image.canon seamlessly captures your photos and movies and puts them in the places you need them to be – to help you tell your stories in public or private.<br><br>Source: https://image.canon/st/en/index.html<br><br>image.canon is a cloud service designed to ease your imaging workflow, whether you are a professional, enthusiast, or casual user. Connecting your Wi-Fi compatible Canon camera to the image.canon service will allow you to seamlessly upload all your images and movies in their original format and quality and access them from the dedicated app or a web browser – and automatically forward them to your computer, mobile devices, and third party services.<br><br>Downloader for image.canon, available for compatible Windows and MacOS computers, automatically downloads the contents of your image.canon account to your computer – for image management made simple.<br><br>Source: https://image.canon/st/en/features.html |

| Claim | Identification |
|---|---|
|  |  Source: https://www.usa.canon.com/shop/p/eos-r5?color=Black&type=New<br><br>Source: https://s7d1.scene7.com/is/content/canon/EOSR5_specifications_FINAL_3_25_24pdf |

| Claim | Identification |
|---|---|
|  |  |

| Claim | Identification |
|---|---|
|  | Source: https://image.canon/st/en/connectable-models.html |
| 1[a] storing an identity on a portable electronic device, said identity allowing access to an account on said media-sharing website; | The Accused Products (portable electronic device) store an identity, the identity allowing access to an account on image.canon (media-sharing website). For example, the Accused Products store an email address associated with a Canon ID of a user, to provide access to the associated account on image.canon.<br><br>**Sending Images to a Web Service**<br><br>You can register image.canon on the camera and prepare to send your shots automatically.<br><br>● A computer or smartphone with a browser and internet connection is required.<br>● You will need to enter an email address used on your computer or smartphone.<br>● For instructions on how to use image.canon services and details on countries and regions where it is available, visit the image.canon site (https://image.canon/).<br>● Separate ISP connection and access point fees may apply.<br><br>Source: https://cam.start.canon/en/C003/manual/c003.pdf, Page 654<br><br>5. Entering an e-mail address<br><br>Enter the e-mail address associated with the Canon ID. If you do not have a Canon ID account, enter an email address for registration.<br>Source: https://image.canon/st/en/camera-email-b.html<br><br>Source: https://cam.start.canon/en/C003/manual/c003.pdf, Page 655, 656 |

Page 4 of 17

| Claim | Identification |
|---|---|
| 1[b] creating a folder directory having a folder name on said portable electronic device; | The Accused Products (portable electronic device) create a folder directory having a folder name. For example, the Accused Products allow creation and selection of a folder having a folder name (e.g., 102EOSR5).<br><br><br><br>Source: https://cam.start.canon/en/C003/manual/c003.pdf, Page 757, 759 |
| 1[c] receiving input on said portable electronic device selecting said folder directory; | The Accused Products receive input selecting the folder directory.<br><br>**Selecting a Folder** |

Page 5 of 17

| Claim | Identification |
|---|---|
| | Source: https://cam.start.canon/en/C003/manual/c003.pdf, Page 757, 759 |
| 1[d] capturing an image file to a device memory of said portable electronic device using a media capturing component of said portable electronic device; | The Accused Products capture an image file to a device memory using a media capturing component of the Accused Products. For example, the Accused Products (Canon cameras) include memory cards (i.e., CFexpress cards and SD/SDHC/SDXC memory cards) to store captured images. An image sensor (i.e., media capturing component) captures the camera images.<br><br>The following cards can be used with the camera. **If the card is new or was previously formatted (initialized) by another camera or computer, format it with this camera ( ).**<br><br>● **CFexpress cards**<br>   * Type-B compatible<br><br>● **SD/SDHC/SDXC memory cards**<br>   * UHS-II and UHS-I cards compatible |

Page 6 of 17

| Claim | Identification |
|---|---|
|  | **Take the picture.**<br><br>• When you press the shutter button completely, nine images are captured continuously and combined into a single image that is recorded to the card.<br><br>Captured images are also stored on the card.<br><br>**Image sensor**<br><br>**Type:** CMOS sensor<br><br>[Diagram of Canon EOS R5 camera body with labeled parts (1)–(25)]<br><br>Source: https://cam.start.canon/en/C003/manual/c003.pdf, Page 19, 26, 244, 670 |
| 1[e][i] assigning a file name to said image file; | The Accused Products assign a file name to the image file. For example, the Accused Products assign a file name for the captured images. The file name includes a four-digit number ("sequence number").<br><br>**File Naming** |

| Claim | Identification |
|---|---|
|  | File names consist of four alphanumeric characters followed by a four-digit file number and file extension. You can change the first four alphanumeric characters, which by default are unique for each camera and set when the camera is shipped.<br>User setting 1 enables you to register four characters of your choice. User setting 2 adds three initial, registered characters of your choice to a fourth character representing the image size that is added automatically after you shoot.<br><br>(Example)<br>IMG_0001.JPG<br><br>Source: https://cam.start.canon/en/C003/manual/c003.pdf, Page 760, 765<br><br>[image of camera LCD display showing two people with masks]<br><br>Source: https://www.youtube.com/watch?v=AYZdluI-9d8 |
| 1[e][ii] said file name including a sequence number; | The Accused Products assign a file name to the image file including a sequence number. For example, the Accused Products assign a file name for the captured images including a sequence number. The file name includes a four-digit number ("sequence number").<br><br>**File Numbering**<br><br>The captured images saved in a folder are assigned a file number from 0001 to 9999. You can change how the image files are numbered.<br><br>(Example)<br>IMG_0001.JPG<br>     (1)<br>(1) File number<br><br>Source: https://cam.start.canon/en/C003/manual/c003.pdf, Page 760, 765 |

| Claim | Identification |
|---|---|
| 1[f] storing said image file in said folder directory using said file name; and | The Accused Products store the image file in the folder directory using the file name (e.g., 100-0001, 100-0050).<br><br>Select a folder on the folder selection screen.<br>Captured images are stored in your selected folder.<br><br>Folders are named as in "**100EOSR5**," with a three-digit folder number followed by five letters or numbers. A folder can contain up to 9999 images (file number 0001–9999). When a folder becomes full, a new folder with the folder number increased by one is created automatically. Also, if manual reset ( ) is executed, a new folder will be created automatically. Folders numbered from 100 to 999 can be created.<br><br>Source: https://cam.start.canon/en/C003/manual/c003.pdf, Page 759 |
| 1[g][i] performing a synchronization operation using a media manager, said media manager being in communication with said device memory and said account on said | The Accused Products perform a synchronization operation using a media manager (Image sync), the media manager being in communication with the device memory and the account on the media-sharing website and using the identity to access the media-sharing website. For example, the Accused Products (Canon cameras) upload images to image.canon using Image sync. Access to image.canon is enabled by using a Canon ID account and using Image Sync. |

| Claim | Identification |
|---|---|
| media-sharing website and using said identity to access said media-sharing website; | image.canon is a cloud service designed to ease your imaging workflow, whether you are a professional, enthusiast, or casual user. Connecting your Wi-Fi compatible Canon camera to the image.canon service will allow you to seamlessly upload all your images and movies in their original format and quality and access them from the dedicated app or a web browser – and automatically forward them to your computer, mobile devices, and third party services.<br><br>Source: https://image.canon/st/en/features.html<br><br>This camera accepts two cards. **Recording is possible as long as there is at least one card in the camera.**<br><br>Source: https://cam.start.canon/en/C003/manual/c003.pdf, Page 51<br><br>**Uploading images from your camera**<br><br>Select [Image Sync], and set either [Still images only] or [Still images + video].<br><br>Source: https://image.canon/st/en/cloud-sync-upload.html<br><br>image.canon is a service limited to the owners of Canon digital cameras, SELPHY photo printers. To use this service, you must create a Canon ID account.<br><br>Source: https://image.canon/st/en/get-started.html |

Page 10 of 17

| Claim | Identification |
|---|---|
|  | Upload to Web service<br><br>Source: https://cam.start.canon/en/C003/manual/c003.pdf, Page 657, 658 |
| 1[g][ii] wherein said synchronization operation synchronizes content between said device memory and said media-sharing website such that said image file is stored in said media-sharing website using said file name. | The Accused Products perform the synchronization operation to synchronize content between the device memory and the media-sharing website such that the image file is stored in the media-sharing website using the file name. For example, image files are uploaded to image.canon from the camera and saved along with the file name.<br><br>File names consist of four alphanumeric characters followed by a four-digit file number ( ) and file extension. You can change the first four alphanumeric characters, which by default are unique for each camera and set when the camera is shipped.<br>User setting 1 enables you to register four characters of your choice. User setting 2 adds three initial, registered characters of your choice to a fourth character representing the image size that is added automatically after you shoot.<br><br>(Example)<br>IMG_0001.JPG<br><br>Source: https://cam.start.canon/en/C003/manual/c003.pdf, Page 51, 765<br><br>**Uploading images from your camera**<br>Select [Image Sync], and set either [Still images only] or [Still images + video]. |

| Claim | Identification |
|---|---|
| | <br>Source: https://image.canon/st/en/cloud-sync-upload.html |

| Claim | Identification |
|---|---|
| | Source: Internal testing |
| 20[pre] A portable electronic device comprising: | The Accused Products are portable electronic devices.<br><br>For example, the Canon EOS series cameras and Powershot series cameras are portable electronic devices. |
| 20[a] a memory for storing an identity allowing access to a remote media storage location; | The Accused Products comprise a memory for storing an identity allowing access to a remote media storage location. |

Page 13 of 17

| Claim | Identification |
|---|---|
| | For example, the Accused Products (portable electronic device) include memory cards (i.e., CFexpress cards and SD/SDHC/SDXC memory cards) and internal memory to store an identity. |
| | The following cards can be used with the camera. **If the card is new or was previously formatted (initialized) by another camera or computer, format it with this camera ( ).** |
| | • **CFexpress cards**<br>   * Type-B compatible |
| | • **SD/SDHC/SDXC memory cards**<br>   * UHS-II and UHS-I cards compatible |
| | Source:  https://cam.start.canon/en/C003/manual/c003.pdf, Pages 19, 26, 40, 381, 457 |
| | You can check how much total space is available on the internal memory ( HF R72/R70 ) and memory card (and how much is used). |
| | Source: https://support.usa.canon.com/kb/s/article/ART164169 |
| | The Accused Products store an identity in memory, the identity allowing access to image.canon (a remote media storage location). For example, the Accused Products store an email address associated with a Canon ID of a user, to provide access to image.canon. |
| | *See* also 1[a] |
| 20[b] a processor interconnected with said memory, said processor configured to create a folder directory having a folder name for storage in said memory, said folder directory for storing files captured by a media capturing component of said portable electronic device; | The Accused Products comprise a processor interconnected with said memory, said processor configured to create a folder directory having a folder name for storage in said memory, said folder directory for storing files captured by a media capturing component of said portable electronic device.<br><br>For example, the Accused Products include a Canon DIGIC processor.<br><br>The Accused Products (portable electronic device) create a folder directory having a folder name. For example, the Accused Products allow creation and selection of a folder having a folder name (e.g., 102EOSR5) which stores captured media files.<br><br>*See* also 1[b] |

| Claim | Identification |
|---|---|
|  |  |

| Claim | Identification |
|---|---|
| | **How DIGIC has improved over the years** |
| | | 2002 | DIGIC | Achieved signal processing with just one processor chip |
| | | 2004 | DIGIC II | Faster, less noise |
| | | 2006 | DIGIC III | Higher resolution images; supports face detection |
| | | 2008 | DIGIC 4 | Higher resolution images; faster; detects movement |
| | | 2011 | DIGIC 5 | Better noise reduction; better white balance |
| | | 2013 | DIGIC 6 | Video capability (Full HD/60p) |
| | | 2016 | DIGIC 7 | Higher resolution images; more functionality (subject tracking, detection, image stabilisation) |
| | | 2018 | DIGIC 8 | Improved shooting functionality and video capability (4K) |
| | | 2020 | DIGIC X | Improved video capability (>4K); faster; supports deep learning algorithm |
| | Source: https://snapshot.canon-asia.com/article/eng/canon-technology-explainer-what-is-digic |
| 20[c] said processor configured to receive input from an input device interconnected with said processor selecting said folder directory; | The Accused Products (Canon cameras) comprise a processor configured to receive input from an input device interconnected with said processor selecting said folder directory.  *See* 1[c] |
| 20[d] said processor further configured to assign a file name to a file captured by said media capturing component, the file name including a sequence number; | The Accused Products (Canon cameras) comprise a processor further configured to assign a file name to a file captured by said media capturing component, the file name including a sequence number.  *See* 1[e][i] and 1[e][ii] |
| 20[e] said processor further configured to store said file in said folder directory using said file name; | The Accused Products (Canon cameras) comprise a processor further configured to store said file in said folder directory using said file name.  *See* 1[f] |
| 20[f] a media manager operable by said processor and in communication with said | The Accused Products (Canon cameras) comprise a media manager (Image sync) operable by said processor and in communication with said memory and said media storage location for performing a synchronization operation using said identity to access said media storage location. |

| Claim | Identification |
|---|---|
| memory and said media storage location for performing a synchronization operation using said identity to access said media storage location; | *See* 1[g][i] |
| 20[g] wherein said synchronization operation synchronizes data between said memory and said media storage location such that said file is stored in said media storage location using said file name. | The synchronization operation synchronizes data between said memory and said media storage location such that said file is stored in said media storage location using said file name.<br><br>*See* 1[g][ii] |

| Accused Products |
|---|
| Canon EOS Series cameras |
| Canon Powershot Series cameras |

Page 17 of 17