# EXHIBIT I

Exhibit I

U.S. Patent No. 10,484,870

**Claim 1**

| Claims | Identification |
|---|---|
| 1[pre]: A method for establishing a data connection between a peripheral device and a mobile device, the method comprising: | To the extent the preamble is limiting, the Accused Products perform a method for establishing a data connection between a peripheral device and a mobile device.<br><br>For example, the Accused Products establish a data connection (e.g., Bluetooth/Wi-Fi connection) between a peripheral device (e.g., a smartphone/tablet) and a mobile device (e.g., a Canon camera).<br><br>[Screenshot of YouTube video titled "Canon Camera Connect Tutorial - V1, R50V, R50, R10, R100, R5m2, R6m2, R8, R7 etc..." showing a Canon camera with menu option "Connect to smartphone(tablet)" highlighted, and the Canon Camera Connect app icon.]<br><br>Canon Camera Connect Tutorial - V1, R50V, R50, R10, R100, R5m2, R6m2, R8, R7 etc... |

| Claims | Identification |
|---|---|
| |  |
| 1[a] receiving, by the mobile device, an indication from the peripheral device for user approval of the data connection; | The Accused Products receive, by the mobile device, an indication from the peripheral device for user approval of the data connection.<br><br>For example, the mobile device (e.g., Canon camera) receives an indication from the peripheral device (e.g., a smartphone/tablet) for user approval of the Bluetooth connection. |

| Claims | Identification |
|---|---|
|  |  |

| Claims | Identification |
|---|---|
|  |  |

| Claims | Identification |
|---|---|
| | Source: https://youtu.be/HuuXw1RyQeA |
| 1[b] prompting, by the mobile device, for a user input in response to receiving the indication; and | The Accused Products prompt for a user input in response to receiving the indication.<br><br>For example, the mobile device (e.g., Canon camera) prompts for a user input (e.g., connect to smartphone) in response to receiving the indication.<br><br>Source: https://youtu.be/HuuXw1RyQeA |
| 1[c] determining, by the mobile device, whether to establish the data connection based on the user input. | The Accused Products determine whether to establish the data connection based on the user input.<br><br>For example, the mobile device (e.g., Canon camera) determines whether to establish the data connection (e.g., Bluetooth connection) based on the user input (e.g., user input to confirm Bluetooth pairing). |

| Claims | Identification |
|---|---|
|  |   Source: https://youtu.be/HuuXw1RyQeA |

| Accused Products |
|---|
| Canon EOS Series cameras |
| Canon Powershot Series cameras |
| Canon XF Series cameras |