# EXHIBIT J

Exhibit J

U.S. Patent No. 10,003,730

## Claims 1 and 6

| Claims | Identification |
|---|---|
| 1[pre] A method, performed by a first electronic device, the first electronic device having a camera, the method comprising: | To the extent the preamble is limiting, the Accused Products operate to perform a method performed by a first electronic device, the first electronic device having a camera.<br><br>For example, a smartphone running Canon Camera Connect application performs the method.<br><br>Source: https://apps.apple.com/us/app/canon-camera-connect/id944097177<br><br>Connect and control your camera from a compatible smartphone or tablet with an app that delivers features, functions and essential information to enhance your creative vision. From latest firmware releases to downloading photos, shooting remotely and more, make the new Canon Camera Connect v3 app part of your creative workflow! |

Page 1 of 12

| Claims | Identification |
|---|---|
|  |  Source:  https://www.usa.canon.com/mobile-apps/camera-connect  **SHOOT AND RECORD REMOTELY** For shy wildlife, long exposure landscapes, a cheeky selfie or even vlogging, the remote control function adds new creative options to your photography and videos. Watch the Live View on your device and view from a distance while being able to adjust many of the camera settings. Or in studio environments control flashes remotely using the ST-E10 Speedlite Transmitter. And for even longer exposures using Bulb mode, keep vibrations away from your camera by operating the shutter through the app instead.  Source:  https://www.usa.canon.com/mobile-apps/camera-connect |

| Claims | Identification |
|---|---|
|  | Source: https://www.youtube.com/watch?v=HuuXw1RyQeA, Timestamp: 3:11 |
| 1[a] receive, at the first electronic device, a selection of a second electronic device in a camera-feature-sharing application and an instruction to share camera-related features of the first electronic device with the second electronic device; | The Accused Products receive, at the first electronic device, a selection of a second electronic device in a camera-feature-sharing application and an instruction to share camera-related features of the first electronic device with the second electronic device.<br><br>For example, the Canon Camera Connect App (camera-feature-sharing application running on a first electronic device) receives a selection of a Canon camera (second electronic device) and remote live view shooting option to share camera related features (shutter button, focus button) with the camera. Canon cameras include, for example, EOS Series, Powershot Series, and XF Series cameras. |

| Claims | Identification |
|---|---|
|  |  |

Page 4 of 12

| Claims | Identification |
|---|---|
|  |  |

| Claims | Identification |
|---|---|
|  |  |

| Claims | Identification |
|---|---|
|  | ![phone camera screenshot]<br><br>Source: https://www.youtube.com/watch?v=HuuXw1RyQeA, Timestamp: 2:13 - 8:18 |
| 1[b] establishing wireless communications between the first electronic device and the second electronic device using a short range communication module of the first electronic device; and | The Accused Products and first electronic device interoperate to establish wireless communications between the first electronic device and the second electronic device using a short range communication module of the first electronic device. |

| Claims | Identification |
|---|---|
| | For example, the Canon Camera Connect app running on a smartphone (first electronic device) interoperate to establish a Wi-Fi or Bluetooth connection (short range communication) with a Canon Camera (second electronic device) to access the remote live view shooting feature.<br><br><br><br>Source:  https://www.youtube.com/watch?v=HuuXw1RyQeA  at 2:22 |

| Claims | Identification |
|---|---|
|  | 
Source: Internal testing done on Canon Camera Connect Application running on Android |
| 1[c] entering a camera-feature-sharing mode in which an image processing capability of the second electronic device is accessible to the first electronic device using the short range communication module. | The Accused Products interoperate with the first electronic device to enter a camera-feature-sharing mode in which an image processing capability of the second electronic device is accessible to the first electronic device using the short range communication module.

For example, the Canon Camera Connect app interoperates with the smartphone (first electronic device) to enter a camera feature sharing mode on the app using the Bluetooth connection in which the view finder of the camera is visible on the app. |

Page 9 of 12

| Claims | Identification |
|---|---|
|  | <br><br>Source: Internal testing done on Canon Camera Connect Application running on Android |
| 6. The method of claim 1, wherein the image processing capability of the second electronic device is facial recognition. | The second electronic device has image processing capability including facial recognition.<br><br>For example, the autofocus feature of the Canon camera (second electronic device) is accessible and controlled from the Canon Camera Connect Application. The autofocus recognizes a face. |

| Claims | Identification |
|---|---|
| | Focusing areas are determined not only based on the nearest subject but also based on a variety of other conditions such as faces (of people or animals), <br><br> **Subject to Detect** <br><br> You can specify conditions for automatic selection of the main subject to track. <br><br> Subject to detect: Auto / People / Animals / Vehicles / None <br><br> • **Auto** <br> Automatic selection of the main subject to track from any people, animals, or vehicles in the scene. <br><br> • **People** <br> Prioritizes the faces or heads of people as the main subjects to track. <br> When a person's face or head cannot be detected, the camera attempts to detect and track their torso. If their torso cannot be detected, the camera may track other parts of their body. <br><br> • **Animals** <br> Detects animals (dogs, cats, or birds) and people and prioritizes detection results for animals as the main subjects to track. <br> For animals, the camera attempts to detect faces or bodies, and a tracking frame is shown over any face detected. <br> When an animal's face or entire body cannot be detected, the camera may track part of their body. <br><br> • **Vehicles** <br> Detects two- or four-wheeled motorsports vehicles and people and prioritizes detection results for vehicles as the main subjects to track. <br> For vehicles, the camera attempts to detect key details or the entire vehicle, and a tracking frame is shown over any of these details detected. <br> If key details or the entire vehicle cannot be detected, the camera may track other parts of the vehicle. <br> Press the <INFO> button to enable or disable Spot detection for key details of vehicles. <br><br> Source: https://cam.start.canon/en/C011/manual/html/UG-06_AF-Drive_0060.html |

Page 11 of 12

| Claims | Identification |
|---|---|
|  |   https://www.youtube.com/watch?v=HuuXw1RyQeA, Timestamp: 9:08 |
| **Accused Products** ||
| Canon Camera Connect Application ||
| Canon cameras compatible with Canon Camera Connection Application, including EOS Series, Powershot Series, XF Series ||