# EXHIBIT K

**Exhibit K**

**U.S. Patent No. 9,143,323**

**Claim 1**

| Claims | Identification |
|---|---|
| 1. A method for securing a communication link between a first device and a second device, the method comprising: | To the extent the preamble is limiting, the Accused Products perform a method for securing a communication link between a first device (e.g., a Canon printer) and a second device (e.g., a TLS 1.3 compatible server or computer).<br><br>For example, Canon printers perform a method for securing a communication link (e.g., Ethernet, Wi-Fi) between the Canon printer and a server or computer using TLS 1.3 when communicating document data. |

## imageRUNNER ADVANCE DX, imagePRESS Lite Security and imageFORCE

### TLS Version Selection*  ■Only available on Third Generation, imageRUNNER ADVANCE DX series and imagePRESS Lite. Requires Unified Firmware Platform (UFP) v3.10

Administrators can specify TLS versions for encrypted communication. Previously, TLS 1.0, 1.1, and 1.2 were all enabled, but now both a version upper limit and version lower limit can be specified to restrict the available protocol versions. TLS 1.3 can be set on Gen3 3rd Edition, DX series and imagePRESS Lite (Unified Firmware Platform V3.10 required). If a vulnerability is discovered in an old version(s) of TLS, the administrator can disable that version in the device to help maintain security.
*Default setting: Upper limit TLS 1.3 / Lower limit: TLS 1.2

*Note: When TLS1.3 is set, it may be unable to communicate depending on the destination's version. For example, some web browsers does not support TLS 1.3. Therefore, if the upper limit and lower limit of TLS versions are both set to TSL1.3, these browsers fail to access to the device with TLS. Also, TLS 1.3 may not be supported with some MEAP applications, including uniFLOW.*

To modify TLS versions go to Preferences > Network > TCP/IP Settings > TLS Settings > Specify Allowed Versions



https://www.usa.canon.com/bin/canon/downloadasset?path=/content/dam/canon-assets/white-papers/business/security/iRADV-Security-WhitePaper.pdf

"✓": Available
"-": Unavailable

| Algorithm | TLS Version | | | |
|---|---|---|---|---|
| | TLS 1.3 | TLS 1.2 | TLS 1.1 | TLS 1.0 |
| **Encryption Algorithm Settings** | | | | |
| AES-CBC (256-bit) | - | ✓ | ✓ | ✓ |
| AES-GCM (256-bit) | ✓ | ✓ | - | - |
| 3DES-CBC | - | ✓ | ✓ | ✓ |
| AES-CBC (128-bit) | - | ✓ | ✓ | ✓ |
| AES-GCM (128-bit) | ✓ | ✓ | - | - |
| CHACHA20- POLY1305 | ✓ | - | - | - |
| **Key Exchange Algorithm Settings** | | | | |
| RSA | - | ✓ | ✓ | ✓ |
| ECDHE | - | ✓ | ✓ | ✓ |
| X25519 | ✓ | - | - | - |
| **Signature Algorithm Settings** | | | | |
| RSA | ✓ | ✓ | ✓ | ✓ |
| ECDSA | ✓ | ✓ | ✓ | ✓ |
| **HMAC Algorithm Settings** | | | | |
| SHA1 | - | ✓ | ✓ | ✓ |
| SHA256 | ✓ | ✓ | - | - |
| SHA384 | ✓ | ✓ | - | - |

https://www.usa.canon.com/bin/canon/downloadasset?path=/content/dam/canon-assets/white-papers/.pdf

Yes. Printers, multifunctional devices, and other networked office equipment can be targets for cybercriminals. If they're connected to the internet, they can be accessed from outside your office walls. That's why Canon imageRUNNER ADVANCE DX and imageFORCE series multifunction devices offer extensive security features to help harden your defenses.

**DATA IN TRANSIT**
- Encrypted PDF
- SSL/TLS Encryption
- IPSec Support
- Wireless LAN/IEEE 802.1

https://www.usa.canon.com/business/workplace-security/device-security

## imageRUNNER ADVANCE DX C5870i/C5860i/C5850i/C5840i

### Configuring the Key and Certificate for TLS

You can use TLS encrypted communication to prevent sniffing, spoofing, and tampering of data that is exchanged between the machine and other devices such as computers. When configuring the settings for TLS encrypted communication, you must specify a key and certificate (server certificate) to use for encryption. You can use the key and certificate that are preinstalled in the machine, or you can generate your own or acquire them from a certification authority. Administrator or NetworkAdmin privileges are required in order to configure these settings.

- If you set <Format Encryption Method to FIPS 140-2> to <On>,you can make the TLS communication encryption method comply with the United States government-approved FIPS (Federal Information Processing Standards) 140-2.
  ⊙ <Format Encryption Method to FIPS 140-2>
- If <Format Encryption Method to FIPS 140-2> is set to <On>, an error will occur when you try to specify a certificate for TLS that uses an algorithm not recognized by FIPS (lower than RSA2048bit).

The following combinations of TLS version and algorithm are available.

✓: Available
-: Unavailable



| Algorithm | TLS Version | | | |
|---|---|---|---|---|
| | <TLS 1.3> | <TLS 1.2> | <TLS 1.1> | <TLS 1.0> |
| **<Key Exchange Algorithm Settings>** | | | | |
| <ECDHE> | ✓ | ✓ | ✓ | ✓ |
| **<Signature Algorithm Settings>** | | | | |
| <ECDSA> | ✓ | ✓ | ✓ | ✓ |

https://oip.manual.canon/USRMA-5488-zz-CS-5800-enUS/contents/devu-mcn_mng-nw_sec-tls.html



**Canon**

ImageRUNNER
ADVANCE DX
C5870i/C5860i
C5850i/C5840i

imageRUNNER ADVANCE DX C5800 Series

Color
Mid-volume
Multifunction

- Print up to 70 ppm (BW/color)
- Scan up to 270 ipm (300 dpi) (BW/color, duplex)
- Print up to 12" × 18"
- 6,350-sheet maximum paper capacity

Canon's comprehensive portfolio of imageRUNNER ADVANCE DX multifunction printers and integrated solutions can help simplify the end user experience and management of technology, better control sensitive information and print-related costs, and help ensure that technology investments proactively evolve with changing needs.

### Network Security

TLS 1.3, IPSec, IEEE802.1X authentication, SNMP V3.0, Firewall Functionality (IP/MAC Address Filtering), Dual Network Support (Wired LAN/Wireless LAN, Wired LAN/Wired LAN), Disabling Unused Functions (Enabling/Disabling Protocols/Applications, Enabling/Disabling Remote UI, Enabling/Disabling USB Interface), G3 FAX separation from LAN, USB Port separation from LAN, Prohibit the execution of files stored in Advanced Box in the MFP, Scan and Send-Virus Concerns for E-mail Reception

https://downloads.canon.com/nw/pdfs/copiers/enterprise-iRADVDX-C5800-Brochure.pdf

# Canon

# imagePRESS Lite
# C270 / C265

## User's Guide (Product Manual)



| Item | Setting Description | DeviceAdmin | NetworkAdmin | Can be set in Remote UI | Device Information Delivery Available | Import All Function | Name of Item When Exporting with the Remote UI |
|---|---|---|---|---|---|---|---|
| <Settings> | | | | | | | |
| <Security> | | | | | | | |
| <TLS Version Settings> | <**Attempt All Versions**>, <TLS 1.3>, <TLS 1.2>, <TLS 1.1>, <TLS 1.0> | Yes | Yes | No | No | C | Web Access Settings |

# imageCLASS

**MF289dw / MF287dw / MF284dw**

# User's Guide

About the Machine

| Algorithm | TLS Version | | | |
|---|---|---|---|---|
| | TLS 1.3 | TLS 1.2 | TLS 1.1 | TLS 1.0 |
| **Encryption Algorithm** | | | | |
| AES-CBC (256bit) | — | ✔ | ✔ | ✔ |
| AES-CBC (128bit) | — | ✔ | ✔ | ✔ |
| AES-GCM (256bit) | ✔ | ✔ | — | — |
| AES-GCM (128bit) | ✔ | ✔ | — | — |
| 3DES-CBC | — | ✔ | ✔ | ✔ |
| CHACHA20-POLY1305 | ✔ | — | — | — |

Source: https://gdlp01.c-wss.com/gds/1/0300050511/01/MF289dw_UsersGuide_usEN.pdf

# imageCLASS

## LBP633Cdw / LBP632Cdw

# User's Guide

**[Allowed Versions]**
Specify [Maximum Version] and [Minimum Version] of TLS.

**[Algorithm Settings]**
Select the check box for the algorithm to use for TLS. Depending on the TLS version, some algorithm
not be available.

✔ : Available      — : Unavailable

| Algorithm | TLS Version | | | |
|---|---|---|---|---|
| | [TLS 1.3] | [TLS 1.2] | [TLS 1.1] | [TLS 1.0] |
| **[Encryption Algorithm]** | | | | |
| [AES-CBC (256-bit)] | — | ✔ | ✔ | ✔ |
| [AES-CBC (128-bit)] | — | ✔ | ✔ | ✔ |
| [AES-GCM (256-bit)] | ✔ | ✔ | — | — |
| [AES-GCM (128-bit)] | ✔ | ✔ | — | — |
| [3DES-CBC] | — | ✔ | ✔ | ✔ |
| [CHACHA20-POLY1305] | ✔ | — | — | — |

Source: https://www.bhphotovideo.com/lit_files/1023284.pdf

**imageFORCE C5170/C5160/C5150/C5140**

## TLS

The combinations of TLS versions and algorithms that can be used with the machine are shown below.

✔ : Usable    — : Not usable

| Algorithm | TLS Version | | | |
|---|---|---|---|---|
| | TLS 1.3 | TLS 1.2 | TLS 1.1 | TLS 1.0 |

### Key Exchange Algorithm

| ECDHE | ✔ | ✔ | ✔ | ✔ |
|---|---|---|---|---|

### Signature Algorithm

| ECDSA | ✔ | ✔ | ✔ | ✔ |
|---|---|---|---|---|

### Key exchange protocol

Diffie-Hellman (DH)
- Group 14 (2048 bits)
- ECDH-P256 (256 bits)
- ECDH-P384 (384 bits)

https://oip.manual.canon/USRMA-9286-zz-CS-5100-enUS/contents/devu-mcn-spec-sec.html#01506_h2_09



**imageFORCE C5170/C5160 C5150/C5140**

**Network Security**
TLS 1.3, IPSec, IEEE802.1X authentication, SNMP V3.0, Firewall Functionality (IP/MAC Address Filtering), Dual Network Support (Wired LAN/Wireless LAN, Wired LAN/Wired LAN), Disabling Unused Functions (Enabling/Disabling Protocols/Applications, Enabling/Disabling Remote UI, Enabling/Disabling USB Interface), G3 FAX separation from LAN, USB Port separation from LAN, Prohibit the execution of files stored in Advanced Box in the MFP, Scan and Send-Virus Concerns for E-mail Reception

https://s7d1.scene7.com/is/content/canon/imageFORCE-C5100-Series-Spec-Sheetpdf

## 1.  Introduction

The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream.  Specifically, the secure channel should provide the following properties:

- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).

- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints.  TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.

- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.

These properties should be true even in the face of an attacker who has complete control of the network, as described in [RFC3552].  See Appendix E for a more complete statement of the relevant security properties.

The Transport Layer Security (TLS) Protocol Version 1.3
https://www.rfc-editor.org/rfc/rfc8446

| | |
|---|---|
| 1[a] generating a first cryptographic key; | The Accused Products generate a first cryptographic key (e.g., an ephemeral public key).<br><br>For example, Canon printers generate an ephemeral public key represented as an integer in the key_exchange data structure if using DHE, or as a point consisting of x and y coordinates in the UncompressedPointRepresentation data structure if using ECDHE. |

### 4.2.8.1.  Diffie-Hellman Parameters

Diffie-Hellman [DH76] parameters for both clients and servers are encoded in the opaque key_exchange field of a KeyShareEntry in a KeyShare structure.  The opaque value contains the Diffie-Hellman public value (Y = g^X mod p) for the specified group (see [RFC7919] for group definitions) encoded as a big-endian integer and padded to the left with zeros to the size of p in bytes.

### 4.2.8.2.  ECDHE Parameters

ECDHE parameters for both clients and servers are encoded in the opaque key_exchange field of a KeyShareEntry in a KeyShare structure.

For secp256r1, secp384r1, and secp521r1, the contents are the serialized value of the following struct:

```
struct {
    uint8 legacy_form = 4;
    opaque X[coordinate_length];
    opaque Y[coordinate_length];
} UncompressedPointRepresentation;
```

X and Y, respectively, are the binary representations of the x and y values in network byte order.  There are no internal length markers,

The Transport Layer Security (TLS) Protocol Version 1.3
https://www.rfc-editor.org/rfc/rfc8446

For example, Canon printers include its ephemeral public key (key_exchange/ UncompressedPointRepresentation) in the key_share extension within the ClientHello message.

**4.2.8.  Key Share**

The "key_share" extension contains the endpoint's cryptographic
parameters.

Clients MAY send an empty client_shares vector in order to request
group selection from the server, at the cost of an additional round
trip (see Section 4.1.4).

```
    struct {
        NamedGroup group;
        opaque key_exchange<1..2^16-1>;
    } KeyShareEntry;
```

group:  The named group for the key being exchanged.

key_exchange:  Key exchange information.  The contents of this field
   are determined by the specified group and its corresponding
   definition.  Finite Field Diffie-Hellman [DH76] parameters are
   described in Section 4.2.8.1; Elliptic Curve Diffie-Hellman
   parameters are described in Section 4.2.8.2.

```
        Client                                        Server

Key  =^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*        -------->
```

The Transport Layer Security (TLS) Protocol Version 1.3
https://www.rfc-editor.org/rfc/rfc8446

| 1[b] generating a second cryptographic key; | The Accused Products generate a second cryptographic key (e.g., (EC)DHE shared secret).<br><br>For example, Canon printers use the computer/server's ephemeral public key to generate a second cryptographic key (the (EC)DHE shared secret). |
|---|---|

#### 7.4.1.  Finite Field Diffie-Hellman

For finite field groups, a conventional Diffie-Hellman [DH76] computation is performed.  The negotiated key (Z) is converted to a byte string by encoding in big-endian form and left-padded with zeros up to the size of the prime.  This byte string is used as the shared secret in the key schedule as specified above.

#### 7.4.2.  Elliptic Curve Diffie-Hellman

For secp256r1, secp384r1, and secp521r1, ECDH calculations (including parameter and key generation as well as the shared secret calculation) are performed according to [IEEE1363] using the ECKAS-DH1 scheme with the identity map as the key derivation function (KDF), so that the shared secret is the x-coordinate of the ECDH shared secret elliptic curve point represented as an octet string. Note that this octet string ("Z" in IEEE 1363 terminology) as output by FE2OSP (the Field Element to Octet String Conversion Primitive) has constant length for any given field; leading zeros found in this octet string MUST NOT be truncated.

(Note that this use of the identity KDF is a technicality.  The complete picture is that ECDH is employed with a non-trivial KDF because TLS does not directly use this secret for anything other than for computing other secrets.)

For X25519 and X448, the ECDH calculations are as follows:

-  The public key to put into the KeyShareEntry.key_exchange structure is the result of applying the ECDH scalar multiplication function to the secret key of appropriate length (into scalar input) and the standard public basepoint (into u-coordinate point input).

-  The ECDH shared secret is the result of applying the ECDH scalar multiplication function to the secret key (into scalar input) and the peer's public key (into u-coordinate point input).  The output is used raw, with no processing.

The Transport Layer Security (TLS) Protocol Version 1.3
https://www.rfc-editor.org/rfc/rfc8446

| | |
|---|---|
| 1[c] hashing packets communicated between said first | The Accused Products hash packets (e.g., messages (e.g., handshake messages)) communicated between said first device (e.g., Canon printer) and said second device (e.g., computer or server) over said communication link to create a hash result (e.g., a transcript hash). |

| | |
|---|---|
| device and said second device over said communication link to create a hash result; and | For example, Canon printers hash messages that are exchanged between the Canon printer and the computer/server to create the Transcript-Hash.<br><br>**4.4.1.   The Transcript Hash**<br><br>Many of the cryptographic computations in TLS make use of a transcript hash.  This value is computed by hashing the concatenation of each included handshake message, including the handshake message header carrying the handshake message type and length fields, but not including record layer headers.  I.e.,<br><br>Transcript-Hash(M1, M2, ... Mn) = Hash(M1 \|\| M2 \|\| ... \|\| Mn)<br><br>As an exception to this general rule, when the server responds to a ClientHello with a HelloRetryRequest, the value of ClientHello1 is replaced with a special synthetic handshake message of handshake type "message_hash" containing Hash(ClientHello1).  I.e.,<br><br>Transcript-Hash(ClientHello1, HelloRetryRequest, ... Mn) =<br>    Hash(message_hash \|\|          /* Handshake type */<br>        00 00 Hash.length \|\|  /* Handshake message length (bytes) */<br>        Hash(ClientHello1) \|\|  /* Hash of ClientHello1 */<br>        HelloRetryRequest  \|\| ... \|\| Mn)<br><br>The reason for this construction is to allow the server to do a stateless HelloRetryRequest by storing just the hash of ClientHello1 in the cookie, rather than requiring it to export the entire intermediate hash state (see Section 4.2.2).<br><br>For concreteness, the transcript hash is always taken from the following sequence of handshake messages, starting at the first ClientHello and including only those messages that were sent: ClientHello, HelloRetryRequest, ClientHello, ServerHello, EncryptedExtensions, server CertificateRequest, server Certificate, server CertificateVerify, server Finished, EndOfEarlyData, client Certificate, client CertificateVerify, client Finished.<br><br><div align="center">The Transport Layer Security (TLS) Protocol Version 1.3<br>https://www.rfc-editor.org/rfc/rfc8446</div> |
| 1[d] hashing said first cryptographic key, said second | The Accused Products hash (e.g., perform a HMAC-based Extract-and-Expand Key Derivation Function (HKDF)) the first cryptographic key (e.g., ephemeral public key included in the ClientHello message), the second cryptographic key (e.g., (EC)DHE shared secret) and the hash result (e.g., |

| cryptographic key and said hash result to generate a third cryptographic key to be used to secure said communication link. | transcript hash) to generate a third cryptographic key (e.g., client_write_key) to be used to secure said communication link (e.g., TLS 1.3 link). |

For example, Canon printers include its ephemeral public key within the ClientHello message (previously shown), and hash the ClientHello message in the Derive-Secret function to generate a secret (e.g., client_application_traffic_secret, server_application_traffic_secret).

```
Derive-Secret(Secret, Label, Messages) =
    HKDF-Expand-Label(Secret, Label,
                      Transcript-Hash(Messages), Hash.length)

The Hash function used by Transcript-Hash and HKDF is the cipher
suite hash algorithm.  Hash.length is its output length in bytes.
Messages is the concatenation of the indicated handshake messages,
including the handshake message type and length fields, but not
including record layer headers.  Note that in some cases a zero-
length Context (indicated by "") is passed to HKDF-Expand-Label.  The
labels specified in this document are all ASCII strings and do not
include a trailing NUL byte.
```

```
(EC)DHE -> HKDF-Extract = Handshake Secret
              |
              +-----> Derive-Secret(., "c hs traffic",
              |                      ClientHello...ServerHello)
              |                      = client_handshake_traffic_secret
              |
              +-----> Derive-Secret(., "s hs traffic",
              |                      ClientHello...ServerHello)
              |                      = server_handshake_traffic_secret
              |
              v
        Derive-Secret(., "derived", "")
              |
              v
0 -> HKDF-Extract = Master Secret
              |
              +-----> Derive-Secret(., "c ap traffic",
              |                      ClientHello...server Finished)
              |                      = client_application_traffic_secret_0
              |
              +-----> Derive-Secret(., "s ap traffic",
              |                      ClientHello...server Finished)
              |                      = server_application_traffic_secret_0
              |
```

The Transport Layer Security (TLS) Protocol Version 1.3
https://www.rfc-editor.org/rfc/rfc8446

Similarly, Canon printers hash the (EC)DHE key in the HKDF-Extract function to generate a secret (e.g., handshake secret).

```
Derive-Secret(., "derived", "")
              |
              v
(EC)DHE -> HKDF-Extract = Handshake Secret
              |
              +-----> Derive-Secret(., "c hs traffic",
              |                      ClientHello...ServerHello)
              |                      = client_handshake_traffic_secret
              |
              +-----> Derive-Secret(., "s hs traffic",
              |                      ClientHello...ServerHello)
              |                      = server_handshake_traffic_secret
              v
Derive-Secret(., "derived", "")
```

```
2.2.  Step 1: Extract

HKDF-Extract(salt, IKM) -> PRK

Options:
   Hash    a hash function; HashLen denotes the length of the
           hash function output in octets

Inputs:
   salt    optional salt value (a non-secret random value);
           if not provided, it is set to a string of HashLen zeros.
   IKM     input keying material

Output:
   PRK     a pseudorandom key (of HashLen octets)

The output PRK is calculated as follows:

PRK = HMAC-Hash(salt, IKM)
```

HMAC-based Extract-and-Expand Key Derivation Function (HKDF)
https://www.rfc-editor.org/rfc/rfc5869

Similarly, Canon printers hash the "Transcript-Hash" of messages from "ClientHello" to "server finished" using the Derive-Secret function to generate a secret (e.g., client application traffic secret, server application traffic secret).

```
Derive-Secret(Secret, Label, Messages) =
        HKDF-Expand-Label(Secret, Label,
                    Transcript-Hash(Messages), Hash.length)

The Hash function used by Transcript-Hash and HKDF is the cipher
suite hash algorithm.  Hash.length is its output length in bytes.
Messages is the concatenation of the indicated handshake messages,
including the handshake message type and length fields, but not
including record layer headers.  Note that in some cases a zero-
length Context (indicated by "") is passed to HKDF-Expand-Label.  The
labels specified in this document are all ASCII strings and do not
include a trailing NUL byte.
```

```
(EC)DHE -> HKDF-Extract = Handshake Secret
           |
           +-----> Derive-Secret(., "c hs traffic",
           |                      ClientHello...ServerHello)
           |                      = client_handshake_traffic_secret
           |
           +-----> Derive-Secret(., "s hs traffic",
           |                      ClientHello...ServerHello)
           |                      = server_handshake_traffic_secret
           v
     Derive-Secret(., "derived", "")
           |
           v
0 -> HKDF-Extract = Master Secret
           |
           +-----> Derive-Secret(., "c ap traffic",
           |                      ClientHello...server Finished)
           |                      = client_application_traffic_secret_0
           |
           +-----> Derive-Secret(., "s ap traffic",
           |                      ClientHello...server Finished)
           |                      = server_application_traffic_secret_0
           |
```

The Transport Layer Security (TLS) Protocol Version 1.3
https://www.rfc-editor.org/rfc/rfc8446

Canon printers hash the "sender" application traffic secret in the HKDF-Expand-Label function to generate a client_write_key (e.g., a third cryptographic key), which is used to secure the communication link between the Canon printer and the computer/server.

### 7.3.  Traffic Key Calculation

The traffic keying material is generated from the following input values:

-  A secret value

-  A purpose value indicating the specific value being generated

-  The length of the key being generated

The traffic keying material is generated from an input traffic secret value using:



```
[sender]_write_key = HKDF-Expand-Label(Secret, "key", "", key_length)
[sender]_write_iv  = HKDF-Expand-Label(Secret, "iv",  "", iv_length)
```

[sender] denotes the sending side.  The value of Secret for each record type is shown in the table below.

```
+--------------------+-------------------------------------------+
| Record Type        | Secret                                    |
+--------------------+-------------------------------------------+
| 0-RTT Application  | client_early_traffic_secret               |
|                    |                                           |
| Handshake          | [sender]_handshake_traffic_secret         |
|                    |                                           |
| Application Data   | [sender]_application_traffic_secret_N      |
+--------------------+-------------------------------------------+
```

The Transport Layer Security (TLS) Protocol Version 1.3
https://www.rfc-editor.org/rfc/rfc8446

```
This produces a full key derivation schedule shown in the diagram
below.  In this diagram, the following formatting conventions apply:

-  HKDF-Extract is drawn as taking the Salt argument from the top and
   the IKM argument from the left, with its output to the bottom and
   the name of the output on the right.

-  Derive-Secret's Secret argument is indicated by the incoming
   arrow.  For instance, the Early Secret is the Secret for
   generating the client_early_traffic_secret.

-  "0" indicates a string of Hash.length bytes set to zero.
```

```
                    0
                    |
                    v
    PSK ->  HKDF-Extract = Early Secret
                    |
                    +-----> Derive-Secret(., "ext binder" | "res binder", "")
                    |                      = binder_key
                    |
                    +-----> Derive-Secret(., "c e traffic", ClientHello)
                    |                      = client_early_traffic_secret
                    |
                    +-----> Derive-Secret(., "e exp master", ClientHello)
                    |                      = early_exporter_master_secret
                    v
          Derive-Secret(., "derived", "")
                    |
                    v
   (EC)DHE -> HKDF-Extract = Handshake Secret
                    |
                    +-----> Derive-Secret(., "c hs traffic",
                    |                      ClientHello...ServerHello)
                    |                      = client_handshake_traffic_secret
                    |
                    +-----> Derive-Secret(., "s hs traffic",
                    |                      ClientHello...ServerHello)
                    |                      = server_handshake_traffic_secret
                    v
          Derive-Secret(., "derived", "")
                    |
                    v
    0 -> HKDF-Extract = Master Secret
                    |
                    +-----> Derive-Secret(., "c ap traffic",
                    |                      ClientHello...server Finished)
                    |                      = client_application_traffic_secret_0
                    |
                    +-----> Derive-Secret(., "s ap traffic",
                    |                      ClientHello...server Finished)
                    |                      = server_application_traffic_secret_0
                    |
                    +-----> Derive-Secret(., "exp master",
                    |                      ClientHello...server Finished)
                    |                      = exporter_master_secret
                    |
                    +-----> Derive-Secret(., "res master",
                                           ClientHello...client Finished)
                                           = resumption_master_secret
```

https://datatracker.ietf.org/doc/html/rfc8446#section-7.1

| 7[pre] A first device comprising: | To the extent the preamble is limiting, the Accused Products comprise a first device. |
| --- | --- |
| | For Example, Canon printers comprise a first device configured to secure a communication link (e.g., Ethernet, Wi-Fi) between the Canon printer and a server or computer using TLS 1.3 when communicating document data. |
| | *See* 1[pre] |
| 7[a] a communication interface through which said first device is able to establish a communication link with a second device; | The Accused Products comprise a communication interface through which said first device is able to establish a communication link with a second device. |
| | For Example, Canon printers comprise a wired communication interface and a wireless communication interface. |
| |  |
| |  |
| | The machine can automatically detect the type of Ethernet (10Base-T, 100Base-TX, or 1000Base-T). |
| | https://oip.manual.canon/USRMA-0320-zz-CS-enUV/contents/1T0002902838.html |
| |  |

| | |
|---|---|
| | ■ Connecting via a Wireless LAN Router<br><br>https://oip.manual.canon/USRMA-4706-zz-CS-3700-enUV/contents/devu-mobile-cone.html<br><br>*See* 1[pre] |
| 7[b] a processor; and | The Accused Products comprise a processor.<br><br>For example, the Canon ImageRunner printers comprise a board with a processor and memory.<br><br><br><br>https://www.ebay.com/itm/223349077869 |
| 7[c] a memory able to store executable | The Accused Products comprise a memory able to store executable code which, when executed by said processor, generates a first cryptographic key. |

| | |
|---|---|
| code which, when executed by said processor, generates a first cryptographic key, | For example, the Accused Products generates an ephemeral public key represented as an integer in the key_exchange data structure if using DHE, and a point consisting of x and y coordinates in the UncompressedPointRepresentation data structure if using ECDHE.<br><br>*See* 1[a] and 7[b] |
| 7[d] generates a second cryptographic key, | The Accused Products generate a second cryptographic key.<br><br>For example, the Accused Products use the server or computer's ephemeral public key to generate a second cryptographic key (the (EC)DHE shared secret).<br><br>*See* 1[b] |
| 7[e] hashes packets communicated between said first device and said second device over said communication link to create a hash result, and | The Accused Products hashes packets communicated between said first device and said second device over said communication link to create a hash result.<br><br>For example, the Accused Products hash the messages that have been exchanged between the printer and the server or computer to create the Transcript-Hash.<br><br>*See* 1[c] |
| 7[f] hashes said first cryptographic key, said second cryptographic key and said hash result to generate a third cryptographic key. | The Accused Products hash said first cryptographic key, said second cryptographic key and said hash result to generate a third cryptographic key.<br><br>For example, the Accused Products include its ephemeral public key within the ClientHello message (previously shown), and the client hashes the ClientHello message in the Derive-Secret function that is used to generate the shared secret (e.g., client_application_traffic_secret, server_application_traffic_secret).<br><br>*See* 1[d] |

| **Accused Products** |
|---|
| Canon DX Series printers including imageRUNNER ADVANCE DX C5870i/C5860i/C5850i/C5840i/C3835i/C3830i/C3826i/4751i/4745i/4735i/4725i/719iFZ |
| Canon printers imagePRESS Lite C270/C265 |

| |
|---|
| Canon printers imageFORCE C5170/C5160/C5150/C5140 |
| Canon printers  MF289dw/MF287dw/MF284dw |
| Canon printers imageCLASS LBP633Cdw/LBP632Cdw/MF652Cw/MF275dw |