# EXHIBIT L

## Exhibit L

## U.S. Patent No. 8,068,698

**Claims 1 and 6**

| Claim | Identification |
|---|---|
| 1[Pre] A method of resizing an image on a handheld mobile communication device prior to transmitting to an online image repository, comprising: | To the extent the preamble is limiting, the Accused Products perform a method of resizing an image on a handheld mobile communication device prior to transmitting to an online image repository.<br><br>For example, Canon cameras perform a method of resizing an image on a handheld mobile communication device (e.g., EOS/Powershot series cameras) prior to transmitting to an online image repository (e.g., image.canon). |



https://www.usa.canon.com/shop/p/eos-r8?color=Black&type=New

https://cam.start.canon/en/C013/manual/c013.pdf, Page 627, 703



https://cam.start.canon/en/C013/manual/c013.pdf, Page 628



| 1[a]determining the size of an original image; | The Accused Products determine the size of an original image.<br><br>For example, the Accused Products determine that the original image size is L (large) and therefore only M, S1 and S2 resizing options are displayed. The resizing options specify predetermined image sizes. |





https://cam.start.canon/en/C013/manual/c013.pdf, Page 628, 917

https://cam.start.canon/en/C013/manual/c013.pdf, page 536

| | |
|---|---|
| 1[b] displaying a plurality of sizing options on a display of the handheld mobile communications device, wherein | The Accused Products display a plurality of sizing options on a display of the handheld mobile communications device, wherein at least two sizing options are each associated with a predetermined image size and wherein each predetermined image size specifies a size of an image after resizing.<br><br>For example, the Accused Products display an image to be resized. It has been determined in step 1[a] that the original image size is L (large). Three resizing options M, S1 and S2 are displayed. The resizing options M (3984x2656), S1 (2976x1984), and S2 (2400x1600) specify predetermined image sizes. |

| | |
|---|---|
| at least two sizing options are each associated with a predetermined image size and wherein each predetermined image size specifies a size of an image after resizing; | <br>https://cam.start.canon/en/C013/manual/c013.pdf, Page 628, 917 |
| 1[c] receiving a selection of one of the sizing options; | The Accused Products receive a selection of one of the sizing options.<br><br>For example, the Accused Products receive a selection of M, S1, or S2 sizing options from a user interface. |

|  | Select the desired image size (1).<br><br>11M 3984×2656   M   S1   S2<br>(1)<br><br>https://cam.start.canon/en/C013/manual/c013.pdf, Page 628 |
|---|---|
| 1[d] extracting meta-data from the image; | The Accused Products extract meta-data from the image.<br><br>For example, the Accused Products extract an image size (e.g., L (large) indicating 24 megapixels (6000x4000)) from the meta-data. |



| | |
|---|---|
| 1[e] modifying the extracted meta-data to replace the | The Accused Products modify the extracted meta-data to replace the original image size with the size of the resized image in accordance with the selected sizing option. |

| | |
|---|---|
| original image size with the size of the resized image in accordance with the selected sizing option; | For Example, the Accused Products modify the extracted meta-data from L (large) to the selected sizing option of M (medium).<br><br> <br>Shooting information display<br>https://cam.start.canon/en/C013/manual/c013.pdf, page 536<br><br>  |
| 1[f] resizing the original image in accordance with the selected sizing | The Accused Products resize the original image in accordance with the selected sizing option to create a resized image<br><br>For Example, the Accused Products resize the original image from L (large) to the selected sizing option of M (medium). |

| | |
|---|---|
| option to create a resized image; and |  <br><br>● Select the desired image size (1).<br>● Select [**OK**] to save the resized image.<br>● Check the destination folder and image file number, then select [**OK**].<br>● To resize another image, repeat steps 2 to 4.<br><br>https://cam.start.canon/en/C013/manual/c013.pdf, Page 628 |
| 1[g]transmitting the resized image to the online image repository. | The Accused Products transmit the resized image to the online image repository.<br><br>For example, the Accused Products upload the resized image (medium size) to online image repository (image.canon). |

| | |
|---|---|
| |  https://cam.start.canon/en/C013/manual/c013.pdf, Page 628, 703 |
| 6[pre] A system for resizing an image on a handheld mobile | The Accused Products comprise a system for resizing an image on a handheld mobile communication device prior to transmitting to an online image repository, the system comprising an image resizing module, executed on a processor. |

| | |
|---|---|
| communication device prior to transmitting to an online image repository, the system comprising an image resizing module, executed on a processor, adapted to: | For example, Canon cameras include a system and image resizing module executed on a processor (Canon DIGIC processor) to resize an image on a handheld mobile communication device (e.g., Canon camera) prior to transmitting to an online image repository (e.g., image.canon).<br><br>*See* 1[pre] |
| 6[a] determine the size of an original image; | The Accused Products determine the size of an original image.<br><br>For example, the Accused Products determine that the original image size is L (large) and therefore only M, S1 and S2 resizing options are displayed. The resizing options specify predetermined image sizes.<br><br>*See* 1[pre] |
| 6[b] display a plurality of sizing options on a display of the handheld mobile communications device wherein at least two sizing options are each associated with a predetermined image size and wherein each | The Accused Products display a plurality of sizing options on a display of the handheld mobile communications device, wherein at least two sizing options are each associated with a predetermined image size and wherein each predetermined image size specifies a size of an image after resizing.<br><br>For example, the Accused Products display an image to be resized. It has been determined in step 6[a] that the original image size is L (large). Three resizing options M, S1 and S2 are displayed. The resizing options M (3984x2656), S1 (2976x1984), and S2 (2400x1600) specify predetermined image sizes.<br><br>*See* 1[b] |

| | |
|---|---|
| predetermined image size specifies a size of an image after resizing; | |
| 6[c] receive a selection of one of the sizing options; | The Accused Products receive a selection of one of the sizing options.<br><br>For example, the Accused Products receive a selection of M, S1, or S2 sizing options from a user interface.<br><br>*See* 1[c] |
| 6[d] extract meta-data from the image; | The Accused Products extract meta-data from the image.<br><br>For example, the Accused Products extract an image size (e.g., L (large) indicating 24 megapixels (6000x4000)) from the meta-data.<br><br>*See* 1[d] |
| 6[e] modify the extracted meta-data to replace the original image size with the size of the resized image in accordance with the selected sizing option; | The Accused Products modify the extracted meta-data to replace the original image size with the size of the resized image in accordance with the selected sizing option.<br><br>For Example, the Accused Products modify the extracted meta-data from L (large) to the selected sizing option of M (medium).<br><br>*See* 1[e] |
| 6[f] resize the original image in accordance with the selected sizing option to create | The Accused Products resize the original image in accordance with the selected sizing option to create a resized image.<br><br>For Example, the Accused Products resize the original image from L (large) to the selected sizing option of M (medium).<br><br>*See* 1[f] |

| | |
|---|---|
| a resized image; and | |
| 6[g] transmit the resized image to the online image repository. | The Accused Products transmit the resized image to the online image repository.<br><br>For example, the Accused Products upload the resized image (medium size) to online image repository (image.canon).<br><br>*See* 1[g] |

| **Accused Products** |
|---|
| Canon EOS R series cameras |
| Canon EOS DSLR series cameras |
| Canon EOS M series cameras |
| Canon PowerShot series cameras |